CLEAR FORM

NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Aaron D. Aftergood (SBN 239853)
aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, California 90067
Telephone: 310-551-5221
Facsimile: 310-496-2840

ATTORNEY(S) FOR:   Plaintiff Bryce Abbink

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Bryce Abbink, et al.,

Plaintiff(s),

v.

Experian Information Solutions, Inc., Lend Tech Loans, Inc., and Unified Document Services, LLC,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Plaintiff Abbink___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Woodrow & Peluso, LLC | Counsel for Plaintiff and the alleged Class |
| Aaron D. Aftergood | Counsel for Plaintiff and the alleged Class |

6/21/19
_____
Date

/s/ Aaron D. Aftergood
_____
Signature

Attorney of record for (or name of party appearing in pro per):

Bryce Abbink