## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BRYCE ABBINK

PLAINTIFF(S),

v.

EXPERIAN INFOMATION SOLUTIONS INC, et al.

DEFENDANT(S).

CASE NUMBER:

2:19–cv–05435

## NOTICE OF INTRA-DISTRICT
## TRANSFER BY CLERK OF COURT

To: All Counsel Appearing of Record

    Due to clerical error, this case was improperly assigned to the __ Division of this District. Pursuant to General Order 19-03 this case is hereby transferred to the __ Division for all further proceedings.

X    Case was opened in the CM/ECF System by counsel, and provisionally assigned to a division of this Court. After review of the pleadings, pursuant to the General Orders of the Court, this case is hereby transferred to the _Southern_ Division.

    This case has been reassigned to case number _8:19–cv–01257–JFW–PJWx_ and has been assigned to _Judge John F. Walter_ for all further proceedings.

    Any matters that are or may be referred to a Magistrate Judge are hereby assigned to _Magistrate Judge Patrick J. Walsh_ for:

      X  any discovery and/or post-judgment matters that may be referred.

      for all proceedings in accordance with General Order 05-07.

    All subsequent documents filed must reflect the new case number and newly assigned District Judge's/Magistrate Judge's initials as follows: _8:19–cv–01257–JFW–PJWx_. Unless documents are exempted from electronic filing, they must be filed electronically on the docket under the new case number.

    **Please be advised that no further filings may be made under case number _2:19–cv–05435_. Any such filings made after the date of entry of this Notice may not be reviewed or considered by the Court.**

Clerk, U.S. District Court

By: _/s/ Carmen Reyes_
_carmen_lujan@cacd.uscourts.gov_
Deputy Clerk

*cc: Previously assigned Judge/Magistrate Judge; Deputy-In-Charge;*
*Statistics Clerk*