Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Tel: 949.851.3939
Fax: 949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>             Plaintiffs,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>             Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND TIME TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed: June 21, 2019 |

Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate as follows:

## RECITALS

WHEREAS, on June 21, 2019, Plaintiff filed his complaint in this matter in the United States District Court, Central District of California (the "Complaint");

WHEREAS, on July 2, 2019, Plaintiff caused the Complaint to be served on Experian's registered agent for service of process;

WHEREAS, on or before July 23, 2019, Experian's answer or other response to Plaintiff's Complaint is due to be filed;

WHEREAS, on or before September 30, 2019, Plaintiff's motion for class certification is due to be filed per Civil L.R. 23-3 (the "Motion for Class Certification");

WHEREAS, on July 11, 2019, counsel for Experian and Plaintiff met and conferred regarding the pendency of these deadlines. Experian requested an additional thirty (30) days to evaluate Plaintiff's Complaint and prepare a competent response in light of the complexity of the claims. Plaintiff in-turn requested an additional ninety (90) days to prepare his Motion for Class Certification in recognition of the delay created by the granting of an extension for Experian's time to answer or otherwise respond to the Complaint. Experian and Plaintiff agreed to each other's conditions;

WHEREAS, Plaintiff is actively engaged in discovery and has served his First Set of Discovery Requests—including Requests for the Production of Documents and Interrogatories—upon Experian. Further, extending the Motion for Class Certification deadline will allow both parties sufficient time to conduct discovery directly relevant to their respective class certification positions. Therefore, the extension will enable the Court to render an informed decision based upon a fulsome record.

WHEREAS, the new date for Experian's answer or other response to Plaintiff's Complaint will be August 22, 2019.

WHEREAS, the new date for Plaintiff to file his Class Pleading will be December 30, 2019.

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, as follows:

1. Experian shall answer or otherwise respond to Plaintiff's Complaint by August 22, 2019.

2. Plaintiff shall file his Motion for Class Certification pursuant to Civil L.R. 23-3 by December 30, 2019.

Pursuant to Local Rule 5-4.3.4, Jack Williams IV hereby attests that the following signatories concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

1
2
3   By: _____
    Richard J. Grabowski
4   Ryan Ball
    Jack Williams IV
5   JONES DAY
    3161 Michelson Drive, Suite 800
6   Irvine, CA 92612.4408

7   *Attorneys for Defendant*
    *Experian Information Solutions, Inc*

8
9   By: _____

10  Aaron D. Aftergood (239853)
    The Aftergood Law Firm
11  1880 Century Park East, Suite 200
    Los Angeles, CA 90067
12  Telephone:   (310) 550-5221
    Facsimile:   (310) 496-2840
13
    Taylor T. Smith*
14  Woodrow & Peluso, LLC
    3900 East Mexico Avenue, Suite 300
15  Denver CO, 80210
    Telephone:   (720) 907-7628
16  Facsimile:   (303) 927-0809

17  *Pro Hac Vice Application Pending*

18  *Attorneys for Plaintiff*
    *Bryce Abbink*
19
20
21
22
23
24
25
26
27
28

- 4 -

STIP. TO EXTEND TIME RE RESPONSE TO
COMPLAINT/CLASS CERT.
Case No. 8:19-cv-01257-JFW-PJWx