Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Tel: 949.851.3939
Fax: 949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRYCE ABBINK,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

Case No. 8:19-cv-01257-JFW-PJWx

Hon. John F. Walter

**DECLARATION OF JACK WILLIAMS IV IN SUPPORT OF STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND TIME TO FILE A MOTION FOR CLASS CERTIFICATION**

Complaint filed: June 21, 2019

I, Jack Williams IV, declare as follows:

1. I am an associate at Jones Day, counsel of record for Defendant Experian Information Solutions, Inc. in the above-titled action. I make this declaration in support of the parties' Stipulation to Extend Time to Respond to Initial Complaint and to Extend Time to File a Motion for Class Certification. I have personal knowledge of the matters set forth herein, and if called upon as a witness, could and would competently testify thereto.

2. On June 21, 2019, Plaintiff Bryce Abbink ("Plaintiff") filed his complaint in this matter in the United States District Court, Central District of California (the "Complaint").

3. On July 2, 2019, Plaintiff caused the Complaint to be served on Experian Information Solutions, Inc.'s ("Experian") registered agent for service of process.

4. On or before July 23, 2019, Experian's answer or other response to Plaintiff's Complaint is due to be filed.

5. On or before September 30, 2019, Plaintiff's motion for class certification is due to be filed pursuant to Civil L.R. 23-3 (the "Motion for Class Certification").

6. On July 11, 2019, counsel for Experian and Plaintiff met and conferred regarding the pendency of these deadlines. Experian requested an additional thirty (30) days to evaluate Plaintiff's Complaint and prepare a competent response in light of the complexity of the claims. Plaintiff in-turn requested an additional ninety (90) days to prepare his Motion for Class Certification in recognition of the delay created by extending Experian's time to answer or otherwise respond to the Complaint. Experian and Plaintiff agreed to each other's conditions.

7. Experian has received Plaintiff's First Sets of Discovery Requests, including Requests for the Production of Documents and Interrogatories. Experian and Plaintiff agree that extending the Motion for Class Certification deadline will

allow both Parties sufficient time to conduct discovery directly relevant to their respective class certification positions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the 16th day of July, 2019 at Irvine, California

By: _____
Jack Williams IV