Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Tel:   949.851.3939
Fax:   949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND TIME TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed:  June 21, 2019 |

# [PROPOSED] ORDER

The Court, having considered the stipulation of Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") to extend the date on which Experian shall file an answer or other response to the Complaint and the date on which Plaintiff shall file a motion for class certification pursuant to Civil L.R. 23-3 ("Motion for Class Certification"), the declaration of Jack Williams IV in support of the stipulation, and for good cause appearing, hereby orders that Experian's deadline to file its answer or otherwise respond to the Complaint in this matter shall be August 22, 2019, and that Plaintiff's deadline to file his Motion for Class Certification shall be December 30, 2019.

**IT IS SO ORDERED.**

Date: _____        _____
                                    Hon. John F. Walter
                                    United States District Judge