Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Tel:   949.851.3939
Fax:   949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BRYCE ABBINK,<br><br>            Plaintiffs,<br><br>      v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint filed:  June 21, 2019 |

## CERTIFICATE OF SERVICE

I, Angie Contreras, declare:

I am a citizen of the United States and employed in Orange County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is 3161 Michelson Drive, Suite 800, Irvine, California 92612.4408.  On July 16, 2019, I served a copy of the **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND TIME TO FILE A MOTION FOR CLASS CERTIFICATION; DECLARATION OF JACK WILLIAMS IV; [PROPOSED] ORDER** by electronic transmission.

I am familiar with the United States District Court for the Central District of California's practice for collecting and processing electronic filings.  Under that practice, documents are electronically filed with the court.  The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case.  The NEF will constitute service of the document.  Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.  Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Aaron D. Aftergood | Taylor T. Smith |
| THE AFTERGOOD LAW FIRM | WOODROW & PELUSO, LLC |
| 1880 Century Park East, Suite 200 | 3900 East Mexico Avenue, Suite 300 |
| Los Angeles, CA 90067 | Denver, CO 80210 |
| Tel: 310-551-5221 | Tel: 720-213-0675 |
| Fax: 310-496-2840 | Fax: 303-927-0809 |
| Email: aaron@aftergoodesq.com | Email: tsmith@woodrowpeluso.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

Executed on July 16, 2019, at Irvine, California.


/s/  *Angie Contreras*
Angie Contreras