1  Richard J. Grabowski (State Bar No. 125666)
   Ryan D. Ball (State Bar No. 321772)
2  Jack Williams IV (State Bar No. 309154)
   JONES DAY
3  3161 Michelson Drive, Suite 800
   Irvine, California  92612
4  Tel:   949.851.3939
   Fax:   949.553.7539
5  Email: rgrabowski@jonesday.com
   Email: rball@jonesday.com
6  Email: jackwilliams@jonesday.com

7  Attorneys for Defendant
   EXPERIAN INFORMATION
8  SOLUTIONS, INC.

**DENIED**
BY ORDER OF THE COURT
NO SHOWING OF GOOD CAUSE

7/17/19

*/s/ John F. Walter*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>        Plaintiffs,<br><br>   v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>        Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT AND TO EXTEND TIME TO FILE A MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed:  June 21, 2019 |

## **[PROPOSED] ORDER**

The Court, having considered the stipulation of Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") to extend the date on which Experian shall file an answer or other response to the Complaint and the date on which Plaintiff shall file a motion for class certification pursuant to Civil L.R. 23-3 ("Motion for Class Certification"), the declaration of Jack Williams IV in support of the stipulation, and for good cause appearing, hereby orders that Experian's deadline to file its answer or otherwise respond to the Complaint in this matter shall be August 22, 2019, and that Plaintiff's deadline to file his Motion for Class Certification shall be December 30, 2019.

**IT IS SO ORDERED.**

Date: _____          _____

Hon. John F. Walter
United States District Judge