AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   8:19-cv-01257-JFW-PJWx

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Experian Information Solutions, Inc. c/o CT Corporation Syste

was received by me on *(date)*         06/28/2019        .

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*    Katie Van Winkle                               , who is

designated by law to accept service of process on behalf of *(name of organization)*   Experian Information

Solutions - CT Corporation System- Registered Agent    on *(date)*   07/02/2019@2PM   ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date:     07/02/2019

*Server's signature*

Tina L. Schroeder - Private Process Server
*Printed name and title*

InfoCorp Investigative Services, LLC
194 Oak Street
Columbus, Ohio 43235-6447

*Server's address*

Additional information regarding attempted service, etc:
Location of Service: 4400 Easton Commons Way, Suite 125, Columbus, Ohio 43219