Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendant. | Case No.  8:19-cv-01257-JFW-PJW <br><br> **DECLARATION OF PLAINTIFF'S LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** <br><br> Hon. John F. Walter <br><br> Complaint filed: June 21, 2019 |

DECLARATION OF PLAINTIFF'S LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING

- 1 -

1  I, Taylor T. Smith, declare as follows:

2  1. I am an associate attorney with the law firm Woodrow & Peluso, LLC and attorney of record for Plaintiff Bryce Abbink.

3  2. I am registered as an ECF User and my email address is tsmith@woodrowpeluso.com.

4  3. I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 18, 2019, in Denver, Colorado.

By:   */s/ Taylor T. Smith*

Taylor T. Smith\*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*\*Pro Hac Vice*

Attorney for Plaintiff Bryce Abbink and the Classes

DECLARATION OF PLAINTIFF'S LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING     - 2 -

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on July 18, 2019.

                                                      */s/ Taylor T. Smith*