| | |
|---|---|
| 1 | Richard J. Grabowski (State Bar No. 125666) |
| 2 | Ryan D. Ball (State Bar No. 321772) |
|   | Jack Williams IV (State Bar No. 309154) |
| 3 | JONES DAY |
|   | 3161 Michelson Drive, Suite 800 |
| 4 | Irvine, California  92612 |
|   | Tel:   949.851.3939 |
| 5 | Fax:   949.553.7539 |
|   | Email: rgrabowski@jonesday.com |
| 6 | Email: rball@jonesday.com |
|   | Email: jackwilliams@jonesday.com |
| 7 | |
|   | Attorneys for Defendant |
| 8 | EXPERIAN INFORMATION SOLUTIONS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date:     September 16, 2019<br>Time:    1:30 p.m.<br>Location: 7A<br><br>Complaint Filed: June 21, 2019 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 16, 2019, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 7A of the Honorable John F. Walter of the United States District Court for the Central District of California, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Experian Information Solutions, Inc. ("Experian"), will and hereby does, move the Court for an Order dismissing Plaintiff's complaint as against Experian under Federal Rule of Civil Procedure 12(b)(6).

This Motion is based upon the attached Memorandum of Points and Authorities, the Request for Judicial Notice, all of the papers on file in this action, and upon such further evidence or argument as the Court may consider. This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on July 25, 2019.

Dated:    August 14, 2019         JONES DAY

                                  By: */s/ Ryan D. Ball*
                                      Ryan D. Ball

                                  Attorneys for Defendant
                                  EXPERIAN INFORMATION
                                  SOLUTIONS, INC.