EXHIBIT "2"



**Federal Student Aid**
An OFFICE of the U.S. DEPARTMENT of EDUCATION

PROUD SPONSOR *of*
*the* AMERICAN MIND ®

<u>Menu</u>

<u>Home</u> » <u>How to Repay Your Loans</u> » <u>Understanding Repayment</u> » Loan Servicers

## A loan servicer will help you manage the repayment of your federal student loans—for free.

A **loan servicer** is a company that handles the billing and other services on your **federal student loan**. The loan servicer will work with you on <u>repayment plans</u> and <u>loan consolidation</u> and will assist you with other tasks related to your federal student loan. It is important to maintain contact with your loan servicer. If your circumstances change at any time during your repayment period, your loan servicer will be able to help.

> Why pay for help with your federal student loans when your loan servicer will help you for FREE? Contact your servicer to apply for income-driven repayment plans, student loan forgiveness, and more.

- Do I select my loan servicer?
- Whom do I contact to get information about my loan?
- Who is my loan servicer?
- Will ED ever transfer my federally held loans to a different servicer?
- Whom do I contact for information about my Federal Perkins Loan?
- Whom do I contact for information about my FFEL Program loan that isn't owned by ED?
- Whom do I contact for information about my Health Education Assistance Loan (HEAL) Program loan?
- What should I do if I am contacted by someone who wants to charge me fees to consolidate my federal student loans or to apply for an income-based repayment plan?

## Do I select my loan servicer?

No. Your loan is assigned to a loan servicer by the U.S. Department of Education (ED) after your loan amount is first disbursed (paid out). The loan has been disbursed when your school transfers your loan money to your school account, gives money to you directly, or a combination of both. Your loan is usually disbursed in at least two payments, and your loan servicer will contact you after the first payment is made to you.

top ⌃

## Whom do I contact to get information about my loan?

If your loan is for the current or upcoming school year, contact your school's **financial aid office** directly for information about

- loan status,
- loan **cancellation** within 120 days of **disbursement**, and
- loan disbursement amounts and timing.

Only your school's financial aid office can provide this information.

If your loan was disbursed in a past school year and you're still in school, contact your loan servicer when you

- change your name, address, or phone number;
- graduate;
- drop below half-time enrollment;
- stop going to school; or
- transfer to another school.

If you're no longer in school, contact your loan servicer when you

- change your name, address, or phone number;
- need help making your loan payment;
- have a question about your bill; or
- have other questions about your student loan.

top ⌃

## Who is my loan servicer?

Visit **My Federal Student Aid** to view information about all of the federal student loans you have received and to find contact information for the loan servicer or **lender** for your loans.

The following are loan servicers for federally held loans made through the **William D. Ford Federal Direct Loan (Direct Loan) Program** and the **Federal Family Education Loan (FFEL) Program**.

| Loan Servicer | Contact |
|---|---|
| CornerStone | 1-800-663-1662 |
| FedLoan Servicing (PHEAA) | 1-800-699-2908 |
| Granite State – GSMR | 1-888-556-0022 |
| Great Lakes Educational Loan Services, Inc. | 1-800-236-4300 |
| HESC/Edfinancial | 1-855-337-6884 |
| MOHELA | 1-888-866-4352 |
| Navient | 1-800-722-1300 |
| Nelnet | 1-888-486-4722 |
| OSLA Servicing | 1-866-264-9762 |

top ⌃

## Will ED ever transfer my federally held loans to a different servicer?

Possibly. In some cases, ED needs to transfer loans from one servicer to another servicer on the federal loan servicer team. ED transfers loans as part of its efforts to ensure that all borrowers are provided with customer service and repayment support. If ED needs to transfer your federal student loans from your assigned servicer to another servicer, your loans will still be owned by ED. The "transfer" to another servicer on ED's federal loan servicer team simply means that a new servicer will provide the support you need to fully repay your loans.

Here's what you should expect if your loan is transferred to a new servicer:

- You may receive an email or a letter from your assigned servicer when your loans are transferred to the new servicer.

- You will receive a welcome letter from the new servicer after your loans are added to the new servicer's system. This notice will provide you with the contact information for the new servicer and inform you of actions that you may need to take.

- All of your loan information will be transferred from your assigned servicer to your new servicer.

- There will be no change in the terms of your loans.

- Your previous loan servicer and new loan servicer will work together to make sure that all payments you make during the transfer process are credited to your loan account with the new servicer.

After you receive the welcome letter from your new servicer, you should do the following:

- Begin sending your loan payments to your new servicer. If you use a bank or bill paying service to make your loan payments, update the new servicer's contact information with the bank or bill paying service.

- Follow the new servicer's instructions for creating an online account so that you can more easily communicate with the new servicer and keep track of your loan account.

top ⏶

## Whom do I contact for information about my Federal Perkins Loan?

If you have Federal Perkins Loans, here's whom to contact for repayment information:

- Contact the school where you received your Federal Perkins Loan for details about repaying your loan. Your school may be the servicer for your loan.

- Contact the ECSI Federal Perkins Loan Servicer at 1-866-313-3797 if you know that your Federal Perkins Loan has been assigned to ED.

top ⏶

## Whom do I contact for information about my FFEL Program loan that isn't owned by ED?

If you have privately-owned FFEL Program loans, contact your lender for details about repayment options and tools for your FFEL Program loans that are not owned by ED.

## Whom do I contact for information about my Health Education Assistance Loan (HEAL) Program loan?

If you're not in **default** on your HEAL Program loan, contact your loan servicer for help with account-related questions. Use the contact information your loan servicer provided to you.

**If you're in default on your HEAL Program loan,** contact the Debt Collection Center for help with account-related questions:

**For mail sent via U.S. Postal Service:**
HHS Program Support Center
Accounting Services, Debt Collection Center
Mailstop 10230B
7700 Wisconsin Avenue, Suite 8-8110D
Bethesda, MD 20857

**For mail sent via UPS or FedEx:**
HHS Program Support Center
Accounting Services, Debt Collection Center
Mailstop Seventh Floor
7700 Wisconsin Avenue, Suite 8-8110D
Bethesda, MD 20814

**Phone:** 301-492-4664

**Note:** It is no longer possible to obtain a new HEAL Program loan. The making of new HEAL Program loans was discontinued on September 30, 1998.

top ⌃

## What should I do if I am contacted by someone who wants to charge me fees to consolidate my federal student loans or to apply for an income-based repayment plan?

Contact your federal loan servicer; these services and more can be completed by your servicer for free! If you are contacted by a company asking you to pay "enrollment," "subscription," or "maintenance" fees to enroll you in a federal repayment plan or forgiveness program, you should walk away. Want to learn more? Read our blog post called "Don't Be Fooled: You Never Have to Pay for Student Loan Help."

top ⊙

## Quick Links

Repayment Plans

Loan Consolidation

Understanding Delinquency and Default

Resolving Disputes