1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>            Plaintiffs,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>            Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS PLAINTIFF'S COMPLAINT BY DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint filed: June 21, 2019 |

## **[PROPOSED] ORDER**

Defendant Experian Information Solutions, Inc. ("Experian") moved the Court for an order dismissing the causes of action asserted against them in the complaint. Having considered the moving papers, the pleadings, and the arguments advances by the parties, the Court hereby GRANTS Experian's Motion to Dismiss Plaintiff's Complaint with prejudice.

**IT IS SO ORDERED.**

Date: _____     _____
                                                        Hon. John F. Walter
                                                        United States District Judge