# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK<br><br>Plaintiff(s),<br><br>v.<br><br>EXPERIAN INFOMATION SOLUTIONS INC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:19–cv–01257–JFW–PJW<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __8/14/2019__

Document Number(s):   __25__

Title of Document(s):   __Answer__

**ERROR(S) WITH DOCUMENT:**

Local Rule 7.1–1 No Notice of Interested Parties and/or no copies.

Other:

Counsel must comply with L.R.7–1

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: _August 15, 2019_            By:  __/s/ Ingrid Valdes  ingrid_valdes@cacd.uscourts.gov__
                                          Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**