1  Richard J. Grabowski (State Bar No. 125666)
   Ryan D. Ball (State Bar No. 321772)
2  Jack Williams IV (State Bar No. 309154)
   JONES DAY
3  3161 Michelson Drive, Suite 800
   Irvine, California  92612
4  Tel:   949.851.3939
   Fax:   949.553.7539
5  Email: rgrabowski@jonesday.com
   Email: rball@jonesday.com
6  Email: jackwilliams@jonesday.com

7  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
8  INC.

9

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS INC.'S NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed: June 21, 2019 |

Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned:

    (a) Central Source LLC
    (b) Online Data Exchange LLC
    (c) New Management Services LLC
    (d) VantageScore Solutions LLC
    (e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: August 15, 2019

JONES DAY

By: /s/ Ryan D. Ball
     Ryan D. Ball

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.