# EXHIBIT B

| Attorney or Party without Attorney: STEVEN L. WOODROW ESQ. WOODROW & PELUSO, LLC 3900 EAST MEXICO AVENUE, STE. 300 DENVER, CO 80210 | For Court Use Only |
|---|---|
| Telephone No: 720-213-0675  FAX No: 303-927-0809 | |
| Attorney for: Plaintiff  Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Central District Of California | |
| Plaintiff: BRYCE ABBINK; ET AL | |
| Defendant: EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL | |
| DECLARATION OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: 8:19-CV-01257-JFW-PJW |

1. I, MIGUEL RUIZ, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LEND TECH LOANS, INC. C/O SERGIO LOZA, REGISTERED AGENT as follows:

2. Documents: Summons In A Civil Action; Class Action Complaint; Notice To Parties Of Court-Directed Adr Program; Standing Order; Certification And Notice Of Interested Parties; Notice Of Assignment To United States Judges; Civil Cover Sheet; Plaintiff's First Set Of Interrogatories To Defendant Lend Tech Loans, Inc.; Plaintiff's First Set Of Requests For The Production Of Documents To Defendant Lend Tech Loans, Inc..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/01/19 | 2:10pm | Business | ADDRESS IS VACANT. NO LISTING FOR BUSINESS OR AGENT ON DIRECTORY Attempt made by: MIGUEL RUIZ. Attempt at: 1851 E. FIRST STREET, #810  SANTA ANA, CA 92705. |

3. Person Executing
   a. MIGUEL RUIZ
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2687
      (iii) County: Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Thu, Jul. 11, 2019

   _____
   (MIGUEL RUIZ)

   2130675.118744

DECLARATION OF REASONABLE DILIGENCE

| Attorney or Party without Attorney:<br>STEVEN L. WOODROW ESQ.<br>WOODROW & PELUSO, LLC<br>3900 EAST MEXICO AVENUE, STE. 300<br>DENVER, CO 80210 | For Court Use Only |
|---|---|
| Telephone No: 720-213-0675   FAX: No: 303-927-0809<br>Ref. No or File No.:<br>Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | |
| Plaintiff: BRYCE ABBINK; ET AL<br>Defendant: EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL | |

| DECLARATION OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-CV-01257-JFW-PJW |
|---|---|---|---|---|

1. I, OSCAR FRANCO, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LEND TECH LOANS, INC., C/O SERGIO LOZA, REGISTERED AGENT as follows:

2. *Documents:* Summons In A Civil Action; Class Action Complaint; Notice To Parties Of Court-Directed Adr Program; Standing Order; Certification And Notice Of Interested Parties; Notice Of Assignment To United States Judges; Civil Cover Sheet; Plaintiff's First Set Of Interrogatories To Defendant Lend Tech Loans, Inc.; Plaintiff's First Set Of Requests For The Production Of Documents To Defendant Lend Tech Loans, Inc..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 07/08/19 | 11:04am | Business | NO SUITE 100. SUITE 200 IS MONSTERLOANS. PER BRAD BRIGANTE, GENERAL COUNSEL, THEY DO NOT KNOW SUBJECTS AND ARE NOT AFFILIATED WITH SUBJECT BUSINESS. Attempt made by: OSCAR FRANCO, Registration #1573 Riverside County. Attempt at: 25391 COMMERCE CENTER, #100 OR 200 LAKE FOREST, CA 92630. |

3. *Person Executing*
    a. OSCAR FRANCO
    b. A & A LEGAL SERVICE, Inc.
       880 MITTEN ROAD, SUITE 102
       BURLINGAME, CA 94010
    c. (650) 697-9431, FAX (650) 697-4640

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:*
e. *I am:*  (3) registered California process server
    (i)   Independent Contractor
    (ii)  Registration No.:    1573
    (iii) County:               Riverside

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
    Date: Thu, Jul. 11, 2019

                                            (OSCAR FRANCO)

                                                        2130675.118905

DECLARATION OF REASONABLE DILIGENCE

| Attorney or Party without Attorney:<br>STEVEN L. WOODROW ESQ.<br>WOODROW & PELUSO, LLC<br>3900 EAST MEXICO AVENUE, STE. 300<br>DENVER, CO 80210<br><br>Telephone No: 720-213-0675    FAX: No: 303-927-0809<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court-Central Dist. Of California-Los Angeles | |
| Plaintiff: BRYCE ABBINK; ET AL<br>Defendant: EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL | |
| **DECLARATION OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:19-CV-01257-JFW-PJW |

1. I, ERIK LUNA, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant LEND TECH LOANS, INC. BY SERVING: SEAN COWELL, PRESIDENT as follows:

2. *Documents:* Summons In A Civil Action Class Action Complaint; Notice To Parties Of Court-Directed Adr Program; Standing Order; Certification And Notice Of Interested Parties; Notice Of Assignment To United States Judges; Civil Cover Sheet; Plaintiff's First Set Of Interrogatories To Defendant Unified Document Services, Llc; Plaintiff's First Set Of Requests For The Production Of Documents To Defendant Unified Document Services, Llc.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Fri | 07/12/19 | 6:21pm | Home | SECURITY GATE LOCKED. UNABLE TO GAIN ACCESS PAST GATE. MULTIPLE CAMERAS BY GATE. NOT SURE IF RING DOORBELL IS WORKING. Attempt made by: ERIK LUNA, Registration #2612 Orange County. Attempt at: 24632 LA PLATA DRIVE   Laguna Niguel, CA 92677. |
| Sun | 07/14/19 | 10:00am | Home | SECURITY GATE LOCKED. UNABLE TO GAIN ACCESS PAST GATE. TESLA PARKED IN DRIVEWAY. Attempt made by: ERIK LUNA. Attempt at: 24632 LA PLATA DRIVE   Laguna Niguel, CA 92677. |
| Tue | 07/16/19 | 6:12pm | Home | SECURITY GATE LOCKED. UNABLE TO GAIN ACCESS PAST GATE. SAME TESLA PARKED IN DRIVEWAY AND BLACK TOYOTA PARKED IN DRIVEWAY. Attempt made by: ERIK LUNA. Attempt at: 24632 LA PLATA DRIVE   Laguna Niguel, CA 92677. |
| Thu | 08/01/19 | | | CANCEL AND RETURN; |

3. *Person Executing*
   a. ERIK LUNA
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  2612
      (iii) County:  Orange

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Fri, Aug. 02, 2019

   (ERIK LUNA)

   DECLARATION OF REASONABLE DILIGENCE

   2130675.118914