Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No.  8:19-cv-01257-JFW-PJW <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE UPON LEND TECH LOANS, INC.** <br><br> Date: September 16, 2019 <br> Time: 1:30 p.m. <br> Judge: Hon. John F. Walter <br> Courtroom: 7A <br> Complaint Filed: June 21, 2019 |

---

[Proposed] Order Granting Plaintiff's Motion for Alternative Service upon Lend Tech Loans, Inc.

- 1 -

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Alternative Service upon Lend Tech Loans, Inc. should be granted, and hereby orders as follows:

1. The Motion is GRANTED.
2. Plaintiff shall serve the Complaint, Summons, and all other relevant initiating documents upon Lend Tech Loans, Inc. by hand delivering the documents to the California Secretary of State.

**IT IS SO ORDERED.**

Date: _____

_____
Hon. John F. Walter
United States District Judge