| | |
|---|---|
| 1 | Aaron D. Aftergood (239853) |
| 2 | aaron@aftergoodesq.com<br>**THE AFTERGOOD LAW FIRM** |
| 3 | 1880 Century Park East, Suite 200<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 550-5221<br>Facsimile: (310) 496-2840 |
| 5 | Taylor T. Smith (*admitted pro hac vice*) |
| 6 | tsmith@woodrowpeluso.com<br>**WOODROW & PELUSO, LLC** |
| 7 | 3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210 |
| 8 | Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
| 9 | Attorneys for Plaintiff and the Classes |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No.  8:19-cv-01257-JFW-PJW<br><br>**NOTICE OF MOTION AND MOTION FOR ALTERNATIVE SERVICE UPON UNIFIED DOCUMENT SERVICES, LLC**<br><br>Date: September 16, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br>Complaint Filed: June 21, 2019 |

**PLEASE TAKE NOTICE** that on Monday, September 16, 2019, at 1:30 p.m., or as soon thereafter as counsel may be heard, counsel for Plaintiff Bryce Abbink (Plaintiff" or "Abbink") shall appear before the Honorable John F. Walter or any judge sitting in his stead in Courtroom 7A of the United States District Court

for the Central District of California, 350 W. 1st Street, Los Angeles, CA 90012, and present Plaintiff's Motion for Alternative Service upon Unified Document Services, LLC.

The undersigned further states that that compliance with Local Rule 7-3 is not feasible because Unified Document Service, LLC has not yet appeared in this litigation.

This Motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities and exhibits, oral argument of counsel, and any other matter that may be submitted at the hearing.

Respectfully submitted,

Dated: August 19, 2019	**Bryce Abbink**, individually and on behalf of all others similarly situated,

By:	*/s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

**MEMORANDUM OF POINTS AND AUTHORITIES**

On June 21, 2019, Plaintiff brought this alleged class action lawsuit alleging wide-scale violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.* ("FCRA" or "Act"). (Dkt. 1.) Plaintiff has successfully served the Complaint on Experian Information Solutions, Inc. ("Experian"), but he has been unable to serve Defendant Unified Document Services, LLC ("UDS").

The California Corporate Code provides for alternative service upon a limited liability company by delivering the documents by hand to the Secretary of State when a Court finds, supported by affidavit, that the registered agent for service cannot be found with reasonable diligence and issues an order stating as such. *See* Cal. Corp. Code § 17701.16(c). According to its most recent California Secretary of State business filing, UDS's registered agent for service of process, Micah Katz, is located at 1560 Brookhollow Dr., Suite 220, Santa Ana, California 92705. (*See* UDS Statement of Information, a true and accurate copy of which Ex. A.)

On June 21, 2019, this Court issued a summons directed to UDS. (*See* Dkt. 14.) Plaintiff, via process server, has attempted to serve the summons and a copy of the Complaint on UDS on four separate occasions—July 1, 2019, July 16, 2019, July 17, 2019, and July 18, 2019—at the address provided. (*See* Affidavits of Reasonable Diligence, true and accurate copies of which are attached hereto as Ex. B.) On each occasion, employees of UDS state that Micah Katz is not in the office. (*See* Ex. B.)

Despite repeated service attempts, Plaintiff has been unable to effectuate service upon Defendant. As detailed above and supported by affidavits, Plaintiff has made reasonable and diligent attempts to serve Defendant UDS and has been unable to complete service. Therefore, in accordance with Cal. Corp. Code § 17701.16(c), Plaintiff respectfully requests that the Court issue an order permitting alternative

service by way of serving process upon the California Secretary of State as Defendant's agent.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant the present motion and issue an order permitting Plaintiff to effectuate service upon Defendant Unified Document Services, LLC by means of service upon California's Secretary of State, and for such additional relief as the Court deems necessary and just.

Respectfully submitted,

Dated: August 19, 2019

**Bryce Abbink**, individually and on behalf of all others similarly situated,

By: */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on August 19, 2019.

*/s/ Taylor T. Smith*