# EXHIBIT B

| Attorney or Party without Attorney:<br>STEVEN L. WOODROW ESQ.<br>WOODROW & PELUSO, LLC<br>3900 EAST MEXICO AVENUE, STE. 300<br>DENVER, CO 80210<br>Telephone No: 720-213-0675    FAX No: 303-927-0809<br>   Ref. No. or File No.:<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court For The Central District Of California | |
| Plaintiff: BRYCE ABBINK; ET AL<br>Defendant: EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL | |
| **PROOF OF SERVICE SUMMONS IN A CIVIL** \| Hearing Date: \| Time: \| Dept/Div: \| Case Number: 8:19-CV-01257-JFW-PJW | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; STANDING ORDER; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT UNIFIED DOCUMENT SERVICES, LLC; PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT UNIFIED DOCUMENT SERVICES, LLC

3. a. Party served:   UNIFIED DOCUMENT SERVICES, LLC C/O MICAH KATZ, REGISTERED AGENT
   b. Person served:   party in item 5.b.

4. Address where the party was served:   1560 BROOKHOLLOW DRIVE, STE. 220
   SANTA ANA, CA 92705

5. I served the party:
   b. **by substituted service.** On: Mon., Jul. 01, 2019 at: 1:35PM I left the documents listed in item 2 with or in the presence of: CHRIS "DOE", White, Male, 55 Years Old, Red Hair, 6 Feet, 200 Pounds
   (1) **(Business)** A person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                                        Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. MIGUEL RUIZ                                                     d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE, Inc.                                        e. I am: (3) registered California process server
      880 MITTEN ROAD, SUITE 102                                          (i) Independent Contractor
      BURLINGAME, CA 94010                                                (ii) Registration No.:   2687
   c. (650) 697-9431, FAX (650) 697-4640                                  (iii) County:   Orange

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Tue, Jul. 02, 2019

                                                                 _____
   Judicial Council Form                PROOF OF SERVICE              (MIGUEL RUIZ)
   Rule 2.150.(a)&(b) Rev January 1, 2007    SUMMONS IN A CIVIL                              2130675.118745

| Attorney or Party without Attorney: STEVEN L. WOODROW ESQ. WOODROW & PELUSO, LLC 3900 EAST MEXICO AVENUE, STE. 300 DENVER, CO 80210 Telephone No: 720-213-0675    FAX No: 303-927-0809 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court For The Central District Of California | |
| Plaintiff: BRYCE ABBINK; ET AL | |
| Defendant: EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL | |

| PROOF OF SERVICE By Mail | Hearing Date: | Time: | Dept/Div: | Case Number: 8:19-CV-01257-JFW-PJW |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS IN A CIVIL ACTION; CLASS ACTION COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; STANDING ORDER; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CIVIL COVER SHEET; PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT UNIFIED DOCUMENT SERVICES, LLC; PLAINTIFF'S FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS TO DEFENDANT UNIFIED DOCUMENT SERVICES, LLC

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., Jul. 01, 2019
   b. Place of Mailing:       BURLINGAME, CA  94010
   c. Addressed as follows:   UNIFIED DOCUMENT SERVICES, LLC C/O MICAH KATZ, REGISTERED AGENT
                              1560 BROOKHOLLOW DRIVE, STE. 220
                              SANTA ANA, CA  92705

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Jul. 01, 2019 in the ordinary course of business.

5. Person Serving:
   a. LIANA M. SOLOMON
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA  94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: Exempt from registration under B&P 22350(b)

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Tue, Jul. 02, 2019

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE By Mail      (LIANA M. SOLOMON)    2130675.118745

| Attorney or Party without Attorney:<br>STEVEN L. WOODROW ESQ.<br>WOODROW & PELUSO, LLC<br>3900 EAST MEXICO AVENUE, STE. 300<br>DENVER, CO 80210 | For Court Use Only |
|---|---|
| Telephone No: 720-213-0675   FAX: No: 303-927-0809<br>Ref. No or File No.:<br>Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court-Central Dist. Of California-Los Angeles | |
| Plaintiff: BRYCE ABBINK; ET AL<br>Defendant: EXPERIAN INFORMATION SOLUTIONS, INC.; ET AL | |
| **DECLARATION OF REASONABLE DILIGENCE**  Hearing Date:  Time:  Dept/Div: | Case Number:<br>8:19-CV-01257-JFW-PJW |

1. I, MIGUEL RUIZ, and any employee or independent contractors retained by A & A LEGAL SERVICE, Inc. are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant UNIFIED DOCUMENT SERVICES LLC C/O MICAH KATZ as follows:

2. Documents:  Summons In A Civil Action Class Action Complaint; Notice To Parties Of Court-Directed Adr Program; Standing Order; Certification And Notice Of Interested Parties; Notice Of Assignment To United States Judges; Civil Cover Sheet; Plaintiff's First Set Of Interrogatories To Defendant Lend Tech Loans, Inc.; Plaintiff's First Set Of Requests For The Production Of Documents To Defendant Lend Tech Loans, Inc..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/16/19 | 9:10am | Business | PER FEMALE EMPLOYEE, MICAH WAS NOT IN. HE DOESN'T HAVE A SET SCHEDULE. HE ONLY COMES IN ONCE IN A WHILE. Attempt made by: MIGUEL RUIZ, Registration #2687 Orange County. Attempt at: 1560 BROOKHOLLOW DRIVE, STE. 220 SANTA ANA, CA 92705. |
| Wed | 07/17/19 | 12:05pm | Business | PER FRONT DESK, MICAH WAS NOT IN. Attempt made by: MIGUEL RUIZ. Attempt at: 1560 BROOKHOLLOW DRIVE, STE. 220 SANTA ANA, CA 92705. |
| Thu | 07/18/19 | 9:05am | Business | PER FRONT DESK, MICAH WAS NOT IN. Attempt made by: MIGUEL RUIZ. Attempt at: 1560 BROOKHOLLOW DRIVE, STE. 220 SANTA ANA, CA 92705. |

3. Person Executing
   a. MIGUEL RUIZ
   b. A & A LEGAL SERVICE, Inc.
      880 MITTEN ROAD, SUITE 102
      BURLINGAME, CA 94010
   c. (650) 697-9431, FAX (650) 697-4640

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. The Fee for service was:
   e. I am:  (3) registered California process server
            (i)  Independent Contractor
            (ii) Registration No.:  2687
            (iii) County:  Orange

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   Date: Fri, Aug. 09, 2019

   _(signature)_
   (MIGUEL RUIZ)

DECLARATION OF REASONABLE DILIGENCE

2130675.118915