Aaron D. Aftergood (239853)
   aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
   tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>                                    Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.,** an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>                                    Defendants. | Case No.  8:19-cv-01257-JFW-PJW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ALTERNATIVE SERVICE UPON UNIFIED DOCUMENT SERVICES, LLC**<br><br>Date: September 16, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br>Complaint Filed: June 21, 2019 |

1    Having considered the moving papers and all other matters presented to the

2  Court, the Court finds that Plaintiff's Motion for Alternative Service upon Unified

3  Document Services, LLC should be granted, and hereby orders as follows:

4    1.    The Motion is GRANTED.

5    2.    Plaintiff shall serve the Complaint, Summons, and all other relevant

6        initiating documents upon Unified Document Services, LLC by hand

7        delivering the documents to the California Secretary of State.

8  **IT IS SO ORDERED.**

9

10  Date: _____                    _____

11                                         Hon. John F. Walter
                                           United States District Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---