1  Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
2  **THE AFTERGOOD LAW FIRM**
   1880 Century Park East, Suite 200
3  Los Angeles, CA 90067
   Telephone: (310) 550-5221
4  Facsimile: (310) 496-2840

5  Taylor T. Smith (*admitted pro hac vice*)
    tsmith@woodrowpeluso.com
6  **WOODROW & PELUSO, LLC**
   3900 East Mexico Avenue, Suite 300
7  Denver, Colorado 80210
   Telephone: (720) 213-0675
8  Facsimile: (303) 927-0809

9  Attorneys for Plaintiff and the Classes

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>EXPERIAN INFORMATION<br>SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**JOINT STIPULATION TO CONTINUE HEARING RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>Complaint filed:  June 21, 2019 |

Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate as follows:

**RECITALS**

WHEREAS, on June 21, 2019, Plaintiff filed his complaint in this matter in the United States District Court, Central District of California (the "Complaint");

WHEREAS, Experian's response to Plaintiff's Complaint was due on August 22, 2019;

WHEREAS, on August 14, 2019, Experian filed its Notice of Motion and Motion to Dismiss ("Motion to Dismiss"), which set the hearing date for September 16, 2019. (Dkt. 25.)

WHEREAS, on August 15, 2019, the Court issued an order setting a scheduling conference for October 7, 2019. (Dkt. 26.)

WHEREAS, Plaintiff requests a brief one week extension of the hearing on Experian's Motion to Dismiss, and Experian does not oppose.

WHEREAS, Plaintiff requests the additional time to allow adequate time to prepare and respond to the arguments raised in Experian's Motion to Dismiss. Further, the Parties have been extensively engaged in litigating the above captioned case—including, the Parties working to file various motions, serving and responding to discovery requests, drafting and filing the Joint Stipulated Protective Order, and meeting and conferring on multiple issues that have been raised thus far.

WHEREAS, the extension is not being sought for any improper purpose and will not disrupt any other deadline.

WHEREAS, the Parties previously sought to extend the deadline for Experian to respond to Plaintiff's Complaint, and Plaintiff's deadline to file his motion for class certification. (Dkt. 17.)

1  WHEREAS, on July 17, 2019, the Court granted the extension of deadline
2  for Experian to respond to the Complaint, and denied the extension to for Plaintiff
3  to file his motion for class certification. (Dkt. 19.)
4  WHEREAS, the new proposed hearing date on Experian's Motion to Dismiss
5  will be September 23, 2019.

7  //
8  //
9  //
10 //
11 //
12 //
13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, as follows:

1. The hearing regarding Experian's Motion to Dismiss should be continued until September 23, 2019.

Pursuant to Local Rule 5-4.3.4, Taylor T. Smith hereby attests that the following signatories concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | By: *Taylor T. Smith* |
|   | Aaron D. Aftergood (239853) |
| 4 | The Aftergood Law Firm |
|   | 1880 Century Park East, Suite 200 |
| 5 | Los Angeles, CA 90067 |
|   | Telephone:   (310) 550-5221 |
| 6 | Facsimile:   (310) 496-2840 |
| 7 | Taylor T. Smith* |
|   | Woodrow & Peluso, LLC |
| 8 | 3900 East Mexico Avenue, Suite 300 |
|   | Denver CO, 80210 |
| 9 | Telephone:   (720) 907-7628 |
|   | Facsimile:   (303) 927-0809 |
| 10 | |
| 11 | *Pro Hac Vice |
| 12 | *Attorneys for Plaintiff* |
|   | *Bryce Abbink* |
| 13 | |
| 14 | |
| 15 | By: *Ryan D. Ball* |
|   | Richard J. Grabowski |
| 16 | Ryan Ball |
|   | Jack Williams IV |
| 17 | JONES DAY |
|   | 3161 Michelson Drive, Suite 800 |
| 18 | Irvine, CA 92612.4408 |
| 19 | *Attorneys for Defendant* |
|   | *Experian Information Solutions, Inc* |

- 5 -

STIP.  TO CONTINUE HEARING ON
MOTION TO DISMISS
Case No. 8:19-cv-01257-JFW-PJWx