Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendant. | Case No. 8:19-cv-01257-JFW-PJW<br><br>**DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>Hon. John F. Walter<br><br>Complaint filed: June 21, 2019 |

DECL. OF TAYLOR T. SMITH IN SUPPORT
OF JOINT STIPULATION TO CONTINUE
HEARING RE: MOTION TO DISMISS

- 1 -

I, Taylor T. Smith, declare as follows:

1. I am an associate attorney with the law firm Woodrow & Peluso, LLC and attorney of record for Plaintiff Bryce Abbink ("Plaintiff").

2. On June 21, 2019, Plaintiff filed Complaint in the above-captioned matter.

3. On July 2, 2019, Plaintiff served the Complaint and summons on Defendant Experian Information Solutions, Inc. ("Experian") (Dkt. 21.)

4. On July 17, 2019, the Court extended the deadline for Experian to respond to Plaintiff's Complaint to August 22, 2019. (Dkt. 19.)

5. On August 14, 2019 Experian filed its Notice of Motion and Motion to Dismiss, which set the hearing date on September 16, 2019. (Dkt. 25.)

6. Counsel for both Plaintiff and Experian conferred regarding extending the deadline by one week. Both Parties have been diligently engaged in the instant litigation. The Parties have been working to file various motions—including Experian's Motion to Dismiss and Plaintiff's Motions for Alternative Service. Further, the Parties have been engaged in serving and responding to discovery requests. Additionally, the Parties worked to file the Joint Stipulated Protective Order.

7. Plaintiff requests a brief extension to enable him to adequately respond to the arguments presented in Experian's Motion to Dismiss. Specifically, Experian's Motion to Dismiss requires Plaintiff to further research and understand the State of California's licensing requirement for real estate brokers. Additionally, Experian's argument against the second count of Plaintiff's complaint also requires additional research into mechanics of student loan debt financing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 23, 2019, in Denver, Colorado.

DECL. OF TAYLOR T. SMITH IN SUPPORT OF JOINT STIPULATION TO CONTINUE HEARING RE: MOTION TO DISMISS   - 2 -

By:   /s/ Taylor T. Smith

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorney for Plaintiff Bryce Abbink and the Classes