1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRYCE ABBINK,<br><br>              Plaintiffs,<br><br>     v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>              Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE HEARING RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>Complaint filed:  June 21, 2019 |

The Court, having considered the stipulation of Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") to continue the hearing on Experian's Motion to Dismiss, the declaration of Taylor T. Smith in support of the stipulation, and for good cause appearing, hereby orders that the hearing on Experian's Motion to Dismiss is continued until September 23, 2019.

**IT IS SO ORDERED.**

Date: _____     _____
                                Hon. John F. Walter
                                United States District Judge