Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendant. | Case No.  8:19-cv-01257-JFW-PJW <br><br> **JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Hon. John F. Walter <br><br> Complaint filed: June 21, 2019 |

1  Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information

2  Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate as

3  follows:

4  **RECITALS**

5  WHEREAS, on June 21, 2019, Plaintiff filed his complaint in this matter in

6  the United States District Court, Central District of California (the "Complaint");

7  WHEREAS, on July 2, 2019, the Complaint was served on Experian's

8  registered agent;

9  WHEREAS, pursuant to Civil L.R. 23-3, Plaintiff's motion for class

10  certification ("Motion for Class Certification") is due to be filed on or before

11  September 30, 2019;

12  WHEREAS, counsel for both Parties have met and conferred regarding the

13  deadline for Plaintiff to file his Motion for Class Certification. The Parties agree that

14  a four (4) month extension of the deadline to file the Motion for Class Certification

15  is necessary given the complexity of the issues and the need to complete discovery

16  related to Rule 23 and related class certification issues.

17  WHEREAS, the Parties have been actively engaged in discovery in this case.

18  Plaintiff has served written discovery on Experian, including Interrogatories and

19  Requests for the Production of Documents. Plaintiff has additionally served a Rule

20  30(b)(6) Deposition Notice. Experian served its initial responses to Plaintiff's First

21  Set of Discovery Requests on August 28, 2019, and Plaintiff's counsel is diligently

22  reviewing the production for the purposes of identifying any issues on which the

23  Parties need to further meet and confer. The Parties are also presently working to

24  schedule a deposition of Experian's corporate representative. Experian served notice

25  of its deposition of Plaintiff on Friday, August 30, 2019, which deposition will be

26  scheduled on a mutually agreeable date.  Experian will serve its initial discovery

27  requests on Plaintiff on or before Friday, September 6, 2019.

28  JOINT STIPULATION TO EXTEND THE     - 2 -
DEADLINE TO FILE PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION

1    WHEREAS, the Parties have also been actively litigating the case to date.

2    (See Declaration of Attorney Taylor Smith ("Smith Declaration") a true and accurate

3    copy of which is attached as Ex. A.) In addition to the discovery exchanged above,

4    the Parties are in the process of completing briefing on Experian's Motion to

5    Dismiss (see dkts. 25, 34). Additionally, Plaintiff has drafted and filed his Motions

6    for Alternative Service upon Lend Tech Loans, Inc. and Unified Document Services,

7    LLC. (Dkts. 31, 32.) Finally, the Parties worked together to draft and file a

8    Stipulated Protective Order. (Dkt. 30.)

9    WHEREAS, the Ninth Circuit has previously addressed the strict 90-day class

10   certification deadline imposed by Local Rule 23-3, *see ABS Entertainment, Inc. v.*

11   *CBS Corporation*, 908 F.3d 405 (9th Cir. 2018), concluding that the strict 90-day

12   class certification deadline "is incompatible with Federal Rule of Civil Procedure

13   23." *Id.* at 427. The *ABS Entertainment* court explained that, "the class action

14   determination can only be decided after the district court undertakes a 'rigorous

15   analysis' of the prerequisites for certification . . . To undertake that analysis may

16   require discovery." *Id.*

17   WHEREAS, the Parties are in mutual agreement that pre-certification

18   discovery is necessary to enable the Court to make a decision regarding class

19   certification on a sufficient record. Plaintiff intends to serve a second set of

20   discovery requests to obtain additional information relevant to class certification.

21   Further, Plaintiff's counsel intends to depose Experian's corporate representative.

22   By permitting additional time to engage in pre-certification discovery, the Parties

23   will be able to provide a fulsome record upon which this Court can adjudicate class

24   certification.  The parties further agree that conducting merits and class discovery

25   contemporaneously will promote judicial economy and conserve the resources of the

26   parties and court.

27

28
     JOINT STIPULATION TO EXTEND THE          - 3 -
     DEADLINE TO FILE PLAINTIFF'S
     MOTION FOR CLASS CERTIFICATION

1    WHEREAS, the extension will also provide an opportunity to obtain service
2    over the remaining defendants, Lend Tech Loans, Inc. ("Lend Tech") and Unified
3    Document Services, LLC ("UDS"). That is, both Lend Tech and UDS have yet to be
4    served in the litigation. Plaintiff has filed motions for alternative service for both
5    Lend Tech and UDS. (Dkts. 31, 32.) In the event that either Lend Tech or UDS
6    appears in this action, Plaintiff will be able to obtain additional information that may
7    potentially be relevant to all the claims and defenses of all Parties.

8    WHEREAS, the Parties previously sought to extend the deadline for Experian
9    to respond to Plaintiff's Complaint, and Plaintiff's deadline to file his motion for
10   class certification. (Dkt. 17.) On July 17, 2019, the Court granted the extension of
11   deadline for Experian to respond to the Complaint, and denied the extension to for
12   Plaintiff to file his motion for class certification. (Dkt. 19.) The Parties are hopeful
13   that the Court finds good cause and grants the requested extension.

14   WHEREAS, the Parties also sought to continue the hearing on Experian's
15   Motion to Dismiss to allow Plaintiff additional time to draft and file his Response.
16   (Dkt. 33.) On August 27, 2019, the Court denied the Parties' stipulation as moot.

17   WHEREAS, the extension is not being sought for any improper purpose and
18   will not disrupt any other deadline.

19   WHEREAS, the new date for Plaintiff to file his Motion for Class
20   Certification will be January 30, 2020.

21   //
22   //
23   //
24   //
25   //
26   //
27   //
28   

JOINT STIPULATION TO EXTEND THE          - 4 -
DEADLINE TO FILE PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION

1

## **STIPULATION**

2          IT IS HEREBY STIPULATED, by and between the parties to this action,

3     through their respective attorneys of record, as follows:

4          1.     Plaintiff's Motion for Class Certification shall be filed no later than

5     January 30, 2020.

6          Pursuant to Local Rule 5-4.3.4, Taylor T. Smith hereby attests that the

7     following signatories concur in the filing's content and have authorized the filing.

8          IT IS SO STIPULATED.

9

10    Dated: August 30, 2019          By:     */s/ Taylor T. Smith*

11                                            Aaron D. Aftergood (239853)
12                                            **THE AFTERGOOD LAW FIRM**
                                              1880 Century Park East, Suite 200
13                                            Los Angeles, CA 90067
                                              Telephone:  (310) 550-5221
14                                            Facsimile:   (310) 496-2840

15                                            Taylor T. Smith (*admitted pro hac vice*)
                                                 tsmith@woodrowpeluso.com
16                                            **WOODROW & PELUSO, LLC**
                                              3900 East Mexico Avenue, Suite 300
17                                            Denver, Colorado 80210
                                              Telephone:  (720) 907-7628
18                                            Facsimile:   (303) 927-0809

19                                            *Pro Hac Vice*

20                                            Attorney for Plaintiff Bryce Abbink
                                              and the Classes

21

22    Dated: August 30, 2019          By:     */s/ Ryan D. Ball*

23                                            Richard J. Grabowski
                                              Ryan Ball
24                                            Jack Williams IV
                                              **JONES DAY**
25                                            3161 Michelson Drive, Suite 800
                                              Irvine, CA 92612.4408
26
27                                            Attorneys for Defendant
                                              Experian Information Solutions, Inc.
28