Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendant. | Case No. 8:19-cv-01257-JFW-PJW <br><br> **DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Hon. John F. Walter <br><br> Complaint filed: June 21, 2019 |

DECL. OF TAYLOR T. SMITH ISO JOINT STIPULATION RE: CLASS CERTIFICATION DEADLINE

- 1 -

I, Taylor T. Smith, declare as follows:

1. I am an associate attorney with the law firm Woodrow & Peluso, LLC and attorney of record for Plaintiff Bryce Abbink ("Plaintiff"). I am over the age of 18 and, if necessary, can competently testify if required to do so.

2. This case was filed as an alleged class action. Per Civil Local Rule 23-3, Plaintiff's Motion for Class Certification is due on September 30, 2019.

3. Counsel for both Plaintiff and Experian have conferred regarding the deadline, and both Parties agree that a four-month extension is needed to complete discovery regarding class certification issues.

4. The Parties have been diligently engaged in the instant litigation. Experian worked to brief and file its Motion to Dismiss and Plaintiff likewise spent considerable time researching and responding to the arguments raised in the Motion to Dismiss. (*See* Dkts. 25, 34.) Further, Plaintiff has worked to file his Motions for Alternative Service. (Dkts. 31, 32.)

5. The Parties have also been actively engaged in discovery. Plaintiff has served his first set of discovery requests—including interrogatories and requests for production. Experian served its responses to Plaintiff's first set of discovery requests on August 28, 2019. Further, Plaintiff served his Rule 30(b)(6) Deposition Notice to Experian on August 19, 2019. On August 30, 2019, Experian served a notice of deposition upon Plaintiff. The Parties are presently working together to schedule the depositions. Additionally, the Parties drafted and filed a Joint Stipulated Protective Order. (Dkt. 30.)

6. Following a series of conversations with counsel for Experian, Plaintiff has been able to narrow the issues in the litigation. An additional set of discovery requests is necessary to obtain information that is directly relevant to his forthcoming Motion for Class Certification.

DECL. OF TAYLOR T. SMITH ISO JOINT STIPULATION RE: CLASS CERTIFICATION DEADLINE

- 2 -

7. Further, given his inability to effectuate service upon Lend Tech and UDS, an extension of the deadline for class certification would be beneficial to the ultimate resolution of this case. That is, assuming that either Lend Tech or UDS files an appearance in this case once served, Plaintiff would be able to obtain responses to discovery requests and potentially schedule a deposition of each defendant. Moreover, both Lend Tech and UDS likely possess information relevant to the claims and defenses of all Parties. Lend Tech, in particular, possesses information about the verification process employed by Experian in this case.

8. Ultimately, the additional time will allow the Parties to obtain sufficient discovery to enable the Court to make an informed and well-reasoned decision on Plaintiff's Motion for Class Certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 30, 2019, in Denver, Colorado.

By: /s/ Taylor T. Smith

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorney for Plaintiff Bryce Abbink and the Classes