# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendant. | Case No.  8:19-cv-01257-JFW-PJW <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** <br><br> Hon. John F. Walter <br><br> Complaint filed: June 21, 2019 |

1   The Court, having considered the stipulation of Plaintiff Bryce Abbink
2   ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") to
3   extend the deadline to file Plaintiff's Motion for Class Certification, the declaration
4   of Taylor T. Smith in support of the stipulation, and for good cause appearing,
5   hereby orders that Plaintiff shall file his Motion for Class Certification on or before
6   January 30, 2020.

8   IT IS SO ORDERED.

10
11  Date: _____        _____
12                                  Hon. John F. Walter
                                    United States District Judge