Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Tel: 949.851.3939
Fax: 949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| BRYCE ABBINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION**<br><br>Date: September 16, 2019<br>Time: 1:30 p.m.<br>Location: 7A<br><br>Complaint filed: June 21, 2019 |
|---|---|

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc., hereby lodges the attached [Proposed] Statement of Decision Granting Defendant Experian Information Solution, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6).

By: */s/ Ryan Ball*
Richard J. Grabowski
Ryan Ball
Jack Williams IV
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

*Attorney for Defendant*
*Experian Information Solutions, Inc*