Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No. 8:19-cv-01257-JFW-PJW<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION DENYING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>Hon. John F. Walter<br><br>Date: September 16, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br>Complaint filed: June 21, 2019 |

NOTICE OF LODGING PROPOSED STATEMENT OF DECISION RE: MOTION TO DISMISS

- 1 -

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that in accordance with Section 5(f) of the Court's Standing Order in this action (dkt. 16), Plaintiff Bryce Abbink hereby lodges his [Proposed] Statement of Decision Denying Defendant Experian Information Solutions, Inc.'s Motion to Dismiss. (Dkt. 25.)

The [Proposed] Statement of Decision is attached hereto as Exhibit A.

Respectfully submitted,

**Bryce Abbink**, individually and on behalf of all others similarly situated,

Dated: September 4, 2019    By:    */s/ Taylor T. Smith*

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice*

Attorney for Plaintiff Bryce Abbink and the Classes

NOTICE OF LODGING PROPOSED STATEMENT OF DECISION RE: MOTION TO DISMISS          - 2 -

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on September 4, 2019.

*/s/ Taylor T. Smith*

NOTICE OF LODGING PROPOSED
STATEMENT OF DECISION RE: MOTION
TO DISMISS

- 3 -