NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendant. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Hon. John F. Walter<br><br>Complaint filed: June 21, 2019 |

The Court, having considered the stipulation of Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") to extend the deadline to file Plaintiff's Motion for Class Certification, the declaration of Taylor T. Smith in support of the stipulation, and for good cause appearing, hereby orders that Plaintiff shall file his Motion for Class Certification on or before **December 16, 2019**.

IT IS SO ORDERED.

Date: September 5, 2019

Hon. John F. Walter
United States District Judge

- 1 -