**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **SA CV 19-1257-JFW(PJWx)**                              Date:  September 12, 2019

Title:         Bryce Abbink -v- Experian Information Solutions, Inc., et al.

---

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE UPON LEND TECH LOANS, INC. [filed 8/19/19; Docket No. 31]; and**

    **ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE UPON UNIFIED DOCUMENT SERVICES, LLC [filed 8/19/19; Docket No. 32]**

    On August 19, 2019, Plaintiff Bryce Abbink ("Plaintiff") filed a Motion for Alternative Service Upon Lend Tech Loans, Inc. and a Motion for Alternative Service Upon Unified Document Services, LLC.  No Oppositions were filed.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument.  The hearing calendared for September 16, 2019 is hereby vacated and the matter taken off calendar. After considering the moving papers, and the arguments therein, the Court rules as follows:

    The Court **GRANTS** Plaintiff's unopposed Motion for Alternative Service Upon Lend Tech Loans, Inc. and Plaintiff's unopposed Motion for Alternative Service Upon Unified Document Services, LLC.  The Court signs the proposed Order Granting Plaintiff's Motion for Alternative Service Upon Lend Tech Loans, Inc. and the proposed Order Granting Plaintiff's Motion for Alternative Service Upon United Document Services, LLC.

    IT IS SO ORDERED.