AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-cv-01257-JFW-PJWx

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Unified Document Services, LLC was received by me on *(date)* 09/16/19.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Gregory Buford, Deputy Secretary , who is designated by law to accept service of process on behalf of *(name of organization)* Unified Document Services, LLC on *(date)* Mon, Sep 16 2019 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 09/16/19

_____
Server's signature

Jeremy Glaze Sacramento County Reg # 2011-65

*Printed name and title*

17942 Sky Park Circle, Suite G, Irvine, CA 92614

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Sep 16, 2019, 3:37 pm PDT at California Secretary of State: 1500 11th Street, 3rd Floor, Room 390, Sacramento, CA 95814 received by Unified Document Services, LLC, c/o Gregory Buford, Deputy Secretary.