Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Tel:   949.851.3939
Fax:   949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　　Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed:  June 21, 2019<br>Pretrial Conference: June 12, 2020<br>Trial: June 23, 2020<br>Current Deadline: December 16, 2019<br>Requested Deadline: January 30, 2020 |

Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), through their respective counsel, hereby stipulate as follows:

**RECITALS**

WHEREAS, on June 21, 2019, Plaintiff filed his complaint in this matter. (ECF No. 1.)

WHEREAS, on July 2, 2019, Plaintiff caused the Complaint to be served on Experian's registered agent for service of process.

WHEREAS, on August 14, 2019, Experian filed its motion to dismiss Plaintiff's complaint, which remains pending. (ECF No. 25.)

WHEREAS, on June 16, 2019, the parties submitted a joint stipulation to extend the time to respond to the complaint and to extend the deadline for Plaintiff to file a motion for class certification, which the Court denied. (ECF Nos. 17, 19.)

WHEREAS, on August 30, 2019, the parties submitted a joint stipulation to extend the deadline for Plaintiff to file a motion for class certification from September 30, 2019 to January 30, 2020. (ECF No. 36.)

WHEREAS, on September 5, 2019, the Court granted the parties' stipulation with modifications and extended the deadline for Plaintiff's motion for class certification to December 16, 2019. (ECF No. 40.)

WHEREAS, the parties have been actively litigating this case and working cooperatively and efficiently to the greatest extent possible. Plaintiff has served Experian with his Requests for Production (Set One), Interrogatories (Set One), Requests for Production (Set Two), Interrogatories (Set Two), and Requests for Admission (Set One), to which Experian has responded. (Declaration of Ryan Ball ("Ball Decl." at ¶ 2.)

WHEREAS, Experian served Plaintiff with its Requests for Production (Set One) and Interrogatories (Set One), to which Plaintiff has responded. (*Id.* at ¶ 3.)

1    WHEREAS, on November 21, 2019, Plaintiff's counsel deposed Experian's Federal Rule of Civil Procedure 30(b)(6) witness regarding issues related to class certification. (*Id.* at ¶ 4.)

4    WHEREAS, on December 6, 2019, Experian's counsel will depose Plaintiff. (*Id.* at ¶ 5.)

6    WHEREAS, on November 14, 2019, Plaintiff's counsel emailed Experian's counsel, detailing numerous discovery disputes concerning Experian's discovery responses, including those related to class discovery issues. (*Id.* at ¶ 6.) On November 22, 2019, Experian's counsel emailed Plaintiff's counsel, explaining Experian's position concerning the discovery disputes. (*Id.* at ¶ 7.) Consistent with Magistrate Judge Patrick J. Walsh's informal discovery dispute procedures, the parties met and conferred by telephone on Tuesday, November 26, 2019, and reached a resolution regarding some, but not all, of their disputes. (*Id.* at ¶ 8.) As for the remaining disputes, the parties are aiming to schedule a conference with Judge Walsh during the week of December 9 in accordance with his practices. (*Id.*)

16   WHEREAS, the parties require additional time to work through the remaining discovery disputes that involve the scope of class discovery. This additional time will allow the parties to resolve their disputes prior to briefing class certification, which will potentially avoid the need for unnecessary motion practice and wasted judicial efforts. (*Id.* at ¶ 9.)

21   WHEREAS, the parties' outstanding discovery dispute is directly related to class discovery and may impact the arguments made on class certification. In light of these disputes, Plaintiff requires additional time to draft his motion for class certification. (*Id.* at ¶ 10.)

25   WHEREAS, the current deadline of December 16, 2019 also requires the parties to prepare their respective briefs during multiple federal holidays at the end of December and beginning of January, and will require the parties to brief class

1 certification before a resolution to class discovery issues is reached. *See* C.D. Cal. L.R. 7-9, 7-10. (*Id.* at ¶ 11.)

WHEREAS, to allow the parties sufficient time to potentially eliminate the discovery disputes between them and to provide sufficient time for the parties to prepare their respective briefs, the parties respectfully request that the Court extend Plaintiff's deadline to file his motion for class certification through January 30, 2020.

WHEREAS, the Court has previously set the following dates and deadlines:

| | |
|---|---|
| Settlement Conference: | February 3, 2020 |
| Settlement Conference Report: | February 7, 2020 |
| Discovery Cutoff: | April 13, 2020 |
| Last Day for Motion Hearing: | May 4, 2020 |
| Pre-Trial Filings: | June 1, 2020 |
| Final Pre-Trial Conference: | June 12, 2020 |
| Pre-Trial Motions Hearing: | June 19, 2020 |
| Trial: | June 23, 2020 |

(ECF No. 48.)

WHEREAS, the extension is not being sought for any improper purpose and will not disrupt any other deadline. To the contrary, the requested extension will conserve the resources of the parties and the Court, and will potentially avoid the need for additional or supplemental briefing related to class certification. (*Id.* at ¶ 12.)

# **STIPULATION**

IT IS HEREBY STIPULATED, by and between the parties to this action, through their respective attorneys of record, as follows:

1.   Plaintiff shall file his motion for class certification no later than January 30, 2020.

Pursuant to Local Rule 5-4.3.4, Ryan D. Ball hereby attests that the following signatories concur in the filing's content and have authorized the filing.

IT IS SO STIPULATED.

December 2, 2019

By:  */s/ Ryan Ball*
Richard J. Grabowski
Ryan Ball
Jack Williams IV
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

November 27, 2019

By:  */s/ Taylor T. Smith*
Taylor T. Smith
WOODROW & PELUSO, LLC
3900 East Mexico Avenue, Suite 300
Denver CO, 80210
Telephone:   (720) 907-7628
Facsimile:   (303) 927-0809

*Attorneys for Plaintiff*
*Bryce Abbink*