Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California  92612
Tel:   949.851.3939
Fax:   949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>　　　　Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**DECLARATION OF RYAN BALL IN SUPPORT OF JOINT STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Complaint filed:  June 21, 2019 |

I, Ryan Ball, declare as follows:

1.  I am an attorney at Jones Day, lead counsel for Defendant Experian Information Solutions, Inc. ("Experian") in the above-titled action. I make this declaration in support of the parties' Stipulation to Extend the Deadline to File Plaintiff's Motion for Class Certification. I have personal knowledge of the matters set forth herein, and if called upon as a witness, could and would competently testify thereto.

2.  The parties have been actively litigating this case and working cooperatively and efficiently to the greatest extent possible. Plaintiff Bryce Abbink ("Plaintiff") has served Experian with his Requests for Production (Set One), Interrogatories (Set One), Requests for Production (Set Two), Interrogatories (Set Two), and Requests for Admission (Set One), to which Experian has responded.

3.  Experian served Plaintiff with its Requests for Production (Set One) and Interrogatories (Set One), to which Plaintiff has responded.

4.  On November 21, 2019, Plaintiff's counsel deposed Experian's Federal Rule of Civil Procedure 30(b)(6) witness regarding issues related to class certification.

5.  On December 6, 2019, I will depose Plaintiff.

6.  On November 14, 2019, Plaintiff's counsel emailed me, detailing numerous discovery disputes concerning Experian's discovery responses, including those related to class discovery issues.

7.  At my direction, on November 22, 2019, Justin Potesta, an attorney in my firm and also counsel of record for Experian in this case, emailed Plaintiff's counsel, explaining Experian's position concerning the discovery disputes.

8.  Consistent with Magistrate Judge Patrick J. Walsh's informal discovery dispute procedures, I met and conferred with Plaintiff's counsel by telephone on Tuesday, November 26, 2019, and reached a resolution regarding some, but not all, of the parties' disputes. As for the remaining disputes, the parties are aiming to

schedule a conference with Judge Walsh during the week of December 9 in accordance with his practices.

9. The parties require additional time to work through the remaining discovery disputes that involve the scope of class discovery. This additional time will allow the parties to resolve their disputes prior to briefing class certification, which will potentially avoid the need for unnecessary motion practice and wasted judicial efforts.

10. The parties' outstanding discovery dispute is directly related to class discovery and may impact the arguments made on class certification. In light of these disputes, Plaintiff requires additional time to draft his motion for class certification.

11. The current deadline of December 16, 2019 also requires the parties to prepare their respective briefs during multiple federal holidays at the end of December and beginning of January, and will require the parties to brief class certification before a resolution to class discovery issues is reached.

12. The extension of the class certification deadline sought in the parties' stipulation is not being sought for any improper purpose and will not disrupt any other deadline. To the contrary, the requested extension will conserve the resources of the parties and the Court, and will potentially avoid the need for additional or supplemental briefing related to class certification.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this the 2nd day of December, 2019 at Irvine, California

By: */s/ Ryan Ball*
Ryan Ball