Richard J. Grabowski (State Bar No. 125666)
Ryan D. Ball (State Bar No. 321772)
Jack Williams IV (State Bar No. 309154)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, California 92612
Tel: 949.851.3939
Fax: 949.553.7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

BRYCE ABBINK,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., et al.,

Defendants.

Case No. 8:19-cv-01257-JFW-PJWx

Hon. John F. Walter

**[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO EXTEND THE DEADLINE TO FILE PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Complaint filed: June 21, 2019

**[PROPOSED] ORDER**

Having considered Plaintiff Bryce Abbink ("Plaintiff") and Defendant Experian Information Solutions, Inc.'s ("Experian") amended stipulation and the declaration of Ryan Ball in support of the stipulation, the Court finds good cause to extend the deadline for Plaintiff to file his motion for class certification. The Court therefore ORDERS that Plaintiff's deadline to file his motion for class certification is hereby extended from December 16, 2019 to January 30, 2020.

**IT IS SO ORDERED.**

Date: ____________________

______________________________
Hon. John F. Walter
United States District Judge