Richard J. Grabowski (SBN 125666)
Ryan D. Ball (SBN 321772)
Jack Williams IV (SBN 309154)
Justin A. Potesta (SBN 314133)
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612
Telephone: (949) 851-3939
Facsimile:  (949) 553-7539
Email: rgrabowski@jonesday.com
Email: rball@jonesday.com
Email: jackwilliams@jonesday.com
Email: jpotesta@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendant. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF LODGING OF [PROPOSED] JUDGMENT** |

1      TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2      Please take notice that Experian Information Solutions, Inc. ("Experian"), by and through its counsel of record, hereby lodges its [Proposed] Judgment. On December 5, 2019, the Court granted Experian's motion to dismiss, dismissing all of Plaintiff's claims against Experian without leave to amend and with prejudice. (*See* ECF No. 52.) Experian accordingly lodges this [Proposed] Judgment.

Dated: December 9, 2019

JONES DAY

By: /s/ Ryan D. Ball
       Ryan D. Ball

Attorneys for Defendant
Experian Information Solutions, Inc.