UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYCE ABBINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendant. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**[PROPOSED] JUDGMENT** |

For the reasons set forth in the Court's Order Granting Defendant Experian Information Solutions Inc.'s Motion to Dismiss (ECF No. 52), the Court hereby ORDERS as follows:

1. The Court ENTERS FINAL JUDGMENT in favor of Experian Information Solutions, Inc. ("Experian") and against Plaintiff Bryce Abbink ("Plaintiff") as to each and every claim asserted in Plaintiff's Complaint asserted against Experian;

2. Plaintiff shall take nothing by way of his Complaint against Experian, and the Complaint is hereby DISMISSED with prejudice; and

3. Experian shall recover its costs and attorney fees from Plaintiff to the extent permitted by law.

**IT IS SO ORDERED.**

Dated:

By: _____
Hon. John F. Walter
United States District Judge