Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No.  8:19-cv-01257-JFW-PJWx <br><br> **PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST LEND TECH LOANS, INC.** <br><br> Hon. John F. Walter <br><br> Complaint Filed: June 21, 2019 <br> Pretrial Conf.: June 12, 2020 <br> Trial Date: June 23, 2020 |

Plaintiff Bryce Abbink (Plaintiff" or "Abbink") hereby respectfully moves to have this Court enter default against Defendant Lend Tech Loans, Inc. ("Defendant" or "Lend Tech"). Entry of Default is proposed against Lend Tech because it has failed to answer or otherwise respond to Plaintiff's Class Action

Complaint. Defendant Lend Tech was served on September 26, 2019 (dkt. 45) and to date has not responded.

The Affidavit of Default, attached hereto as Exhibit A, further supports this request.

Respectfully submitted,

Dated: December 16, 2019
**Bryce Abbink**, individually and on behalf of all others similarly situated,

By:   */s/ Taylor T. Smith*
One of Plaintiff's Attorneys

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on December 16, 2019.

*/s/ Taylor T. Smith*