Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No.  8:19-cv-01257-JFW-PJWx <br><br> **AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST LEND TECH LOANS, INC.** <br><br> Hon. John F. Walter <br><br> Complaint Filed: June 21, 2019 <br> Pretrial Conf.: June 12, 2020 <br> Trial Date: June 23, 2020 |

I, Taylor T. Smith, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am one of the attorneys for Plaintiff Bryce Abbink ("Plaintiff" or "Abbink") and the alleged Classes in the above captioned matter. I am over the age

of 18 and can competently testify to the matters set forth herein if called upon to do so.

2. Plaintiff's Complaint was filed on June 21, 2019. (Dkt. 1.)

3. A Summons directed to Defendant Lend Tech Loans, Inc. ("Defendant" or "Lend Tech") was issued on June 21, 2019. (Dkt. 13.)

4. A copy of the Summons and Complaint were served on Defendant Lend Tech on September 26, 2019, placing Defendant's deadline to Answer or otherwise respond on October 17, 2019. (*See* Dkt. 45.)

5. To date, Defendant Lend Tech has not filed an Answer, entered an appearance, or contacted Plaintiff's counsel.

6. Therefore, Plaintiff requests that the Court enter default against Defendant Lend Tech Loans, Inc.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on December 16, 2019.

Respectfully,

/s/ Taylor T. Smith

Taylor T. Smith