| | |
|---|---|
| 1 | Aaron D. Aftergood (239853) |
| 2 | aaron@aftergoodesq.com<br>**THE AFTERGOOD LAW FIRM** |
| 3 | 1880 Century Park East, Suite 200<br>Los Angeles, CA 90067 |
| 4 | Telephone: (310) 550-5221<br>Facsimile: (310) 496-2840 |
| 5 | Taylor T. Smith (*admitted pro hac vice*) |
| 6 | tsmith@woodrowpeluso.com<br>**WOODROW & PELUSO, LLC** |
| 7 | 3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210 |
| 8 | Telephone: (720) 213-0675<br>Facsimile: (303) 927-0809 |
| 9 | Attorneys for Plaintiff and the Classes |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**[PROPOSED] CLERK'S ENTRY OF DEFAULT AGAINST LEND TECH LOANS, INC.**<br><br>Hon. John F. Walter<br><br>Complaint Filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

|   |   |
|---|---|
| 1 | Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon |
| 2 | application by Plaintiff, default is hereby entered against Defendant Lend Tech |
| 3 | Loans, Inc. |
| 4 | |
| 5 | DEFAULT ENTERED this _____ day of _____ 2019. |

                                                                                                      Clerk of Court