Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST LEND TECH LOANS, INC.**<br><br>Hon. John F. Walter<br><br>Complaint Filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

I, Taylor T. Smith, hereby certify that on December 16, 2019, I served a copy of the following documents: Plaintiff's Request for Entry of Default Against Lend Tech Loans, Inc., the Affidavit In Support of Plaintiff's Entry of Default Against Lend Tech Loans, Inc., and the proposed Clerk's Entry of Default Against Lend Tech Loans, Inc. upon Lend Tech Loans, Inc. by placing a copy of each in a postage-paid envelope addressed to Lend Tech Loans, Inc., at the addresses stated below, which are the last known addresses of said defendant, and deposited said envelopes in the United States mail.

Addressee:   Lend Tech Loans, Inc.
1851 E. First St., #810
Santa Ana, California 92705

Lend Tech Loans, Inc.
25391 Commercentre Dr., Suite 100
Lake Forest, California 92630

Dated this 16th day of December, 2019.

/s/ Taylor T. Smith
Taylor T. Smith