1 | Aaron D. Aftergood (239853)
2 | aaron@aftergoodesq.com
  | **THE AFTERGOOD LAW FIRM**
3 | 1880 Century Park East, Suite 200
  | Los Angeles, CA 90067
4 | Telephone: (310) 550-5221
  | Facsimile: (310) 496-2840

5 | Taylor T. Smith (*admitted pro hac vice*)
  | tsmith@woodrowpeluso.com
6 | **WOODROW & PELUSO, LLC**
  | 3900 East Mexico Avenue, Suite 300
7 | Denver, Colorado 80210
  | Telephone: (720) 213-0675
8 | Facsimile: (303) 927-0809

9 | Attorneys for Plaintiff and the Classes

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, | Case No. 8:19-cv-01257-JFW-PJWx |
| Plaintiff, | **AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST UNIFIED DOCUMENT SERVICES, LLC** |
| v. | |
| **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, | Hon. John F. Walter |
| | Complaint Filed: June 21, 2019 |
| | Pretrial Conf.: June 12, 2020 |
| Defendants. | Trial Date: June 23, 2020 |

I, Taylor T. Smith, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am one of the attorneys for Plaintiff Bryce Abbink ("Plaintiff" or "Abbink") and the alleged Classes in the above captioned matter. I am over the age

of 18 and can competently testify to the matters set forth herein if called upon to do so.

2. Plaintiff's Complaint was filed on June 21, 2019. (Dkt. 1.)

3. A Summons directed to Defendant Unified Document Services, LLC ("Defendant" or "UDS") was issued on June 21, 2019. (Dkt. 14.)

4. A copy of the Summons and Complaint were served on Defendant UDS on September 26, 2019, placing Defendant's deadline to Answer or otherwise respond on October 17, 2019. (*See* Dkt. 44.)

5. To date, Defendant UDS has not filed an Answer, entered an appearance, or contacted Plaintiff's counsel.

6. Therefore, Plaintiff requests that the Court enter default against Defendant Unified Document Services, LLC.

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on December 16, 2019.

Respectfully,

/s/ Taylor T. Smith
Taylor T. Smith