Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

Attorneys for Plaintiff and the Classes

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No. 8:19-cv-01257-JFW-PJWx <br><br> **CERTIFICATE OF SERVICE OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST UNIFIED DOCUMENT SERVICES, LLC** <br><br> Hon. John F. Walter <br><br> Complaint Filed: June 21, 2019 <br> Pretrial Conf.: June 12, 2020 <br> Trial Date: June 23, 2020 |

|   |   |
|---|---|
| 1 | I, Taylor T. Smith, hereby certify that on December 16, 2019, I served a copy |
| 2 | of the following documents: Plaintiff's Request for Entry of Default Against |
| 3 | Unified Document Services, LLC, the Affidavit In Support of Plaintiff's Entry of |
| 4 | Default Against Unified Document Services, LLC, and the proposed Clerk's Entry |
| 5 | of Default Against Unified Document Services, LLC upon Unified Document |
| 6 | Services, LLC by placing a copy of each in a postage-paid envelope addressed to |
| 7 | Unified Document Services, LLC, at the address stated below, which is the last |
| 8 | known address of said defendant, and deposited said envelope in the United States |
| 9 | mail. |
| 10 | Addressee:   Unified Document Services, LLC |
| 11 | 1560 Brookhollow Dr., Suite 220 |
| 12 | Santa Ana, California 92705 |
| 13 |   |
| 14 | Dated this 16th day of December, 2019. |
| 15 |   |
| 16 | /s/ Taylor T. Smith |
| 17 | Taylor T. Smith |