**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **SA CV 19-1257-JFW(PJWx)**                                    Date:  December 18, 2019

Title:    Bryce Abbink -v- Experian Information Solutions, Inc., et al.

---

**PRESENT:**
       **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

       Daisy Rojas                                          None Present
       Courtroom Deputy                                     Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                       None

**PROCEEDINGS (IN CHAMBERS):**        ORDER RE: EXPERIAN INFORMATION SOLUTIONS, INC.'S PROPOSED JUDGMENT

    On December 9, 2019, Defendant Experian Information Solutions, Inc. ("Experian") lodged a proposed Judgment with the Court.  *See* Docket No. 53-1.  On December 16, 2019, Plaintiff Bryce Abbink ("Plaintiff") filed Objections to Experian's proposed Judgment.  *See* Docket No. 56. For the reasons stated in Plaintiff's Objections, the Court declines to sign Experian's proposed Judgment.

    IT IS SO ORDERED.