# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**[PROPOSED] ORDER GRANTING MOTION TO RECONSIDER ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S MOTION TO DISMISS**<br><br>Hon. John F. Walter<br><br>Complaint Filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion to Reconsider Order Granting Defendant Experian Information Solutions, Inc.'s Motion to Dismiss should be granted, and hereby orders as follows:

1. The Motion is GRANTED.
2. Plaintiff is granted leave to amend his class action complaint.
3. Plaintiff shall file his amended complaint within fourteen (14) days from the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

Hon. John F. Walter
United States District Judge