**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
  aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith
  tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80120
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff* Bryce Abbink
and the alleged Classes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No.  8:19-cv-01257-JFW-PJWx <br><br> **DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST LEND TECH LOANS, INC.** <br><br> Date: February 10, 2020 <br> Time: 1:30 p.m. <br> Judge: Hon. John F. Walter <br> Courtroom: 7A <br> Complaint Filed: June 21, 2019 <br> Pretrial Conf.: June 12, 2020 <br> Trial Date: June 23, 2020 |

I, Taylor T. Smith, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1.  I am one of the attorneys for Plaintiff Bryce Abbink ("Plaintiff" or "Abbink") and the alleged Classes in the above captioned matter. I am over the age

of eighteen and can competently testify to the matters set forth herein if called upon to do so.

2. Plaintiff's Complaint was filed on June 21, 2019. (Dkt. 1.)

3. A Summons directed to Lend Tech Loans, Inc. ("Defendant" or "Lend Tech") was issued on June 21, 2019. (Dkt. 13.)

4. A copy of the Summons, Complaint, and other initiating documents were served on Lend Tech on September 26, 2019 (dkt. 45), placing Lend Tech's deadline to Answer or otherwise respond on October 17, 2019.

5. To date, Lend Tech has not filed an answer, entered an appearance, or contacted Plaintiff's counsel.

6. On December 16, 2019, Plaintiff filed his request for entry of default against Lend Tech. (Dkt. 54.)

7. On December 17, 2019, the Clerk entered default against Lend Tech. (Dkt. 57.)

8. Default was entered with respect to the claims asserted against Lend Tech in the Complaint. (Dkt. 1.)

9. Lend Tech is not an infant or an incompetent person.

10. The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) is not implicated in this case.

11. Plaintiff served Lend Tech with notice of the request for default. (Dkt. 54-3.)

12. Plaintiff will also serve notice, via U.S. Mail, of this motion for default judgment on Lend Tech at the addresses stated below.

Addressee:  Lend Tech Loans, Inc.
1851 E. First St., #810
Santa Ana, California 92705

Lend Tech Loans, Inc.

25391 Commercentre Dr., Suite 100

Lake Forest, California 92630

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on January 13, 2020.

Respectfully,

*/s/ Taylor T. Smith*

Taylor T. Smith