1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>    Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST LEND TECH LOANS, INC.**<br><br>Hon. John F. Walter<br><br>Complaint Filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

1     Having considered the moving papers and all other matters presented to the Court, the Court finds that Plaintiff's Motion for Default Judgment Against Lend Tech Loans, Inc. should be granted, and hereby orders as follows:

    1.     The Motion is GRANTED.

    2.     Default Judgment is hereby entered against Lend Tech Loans, Inc.

    3.     Plaintiff is awarded damages in the sum of $2,000.

    4.     Pursuant to L.R. 55-3, Plaintiff is awarded attorneys' fees in the sum of $400.

**IT IS SO ORDERED.**

Dated: _____      _____

Hon. John F. Walter
United States District Judge