**THE AFTERGOOD LAW FIRM**
Aaron D. Aftergood (239853)
　aaron@aftergoodesq.com
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith
　tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80120
Telephone: (720) 213-0675
Facsimile: (303) 927-0809

*Attorneys for Plaintiff* Bryce Abbink
and the alleged Classes

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>　　　　　　　　　Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**DECLARATION OF TAYLOR T. SMITH IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST UNIFIED DOCUMENT SERVICES, LLC**<br><br>Date: February 10, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br>Complaint Filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

　　　　I, Taylor T. Smith, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

　　　　1.　　I am one of the attorneys for Plaintiff Bryce Abbink ("Plaintiff" or "Abbink") and the alleged Classes in the above captioned matter. I am over the age

---
Declaration of Taylor T. Smith in Support of Motion for Default Judgment Against Unified Document Services, LLC
- 1 -

1. of eighteen and can competently testify to the matters set forth herein if called upon to do so.

2. Plaintiff's Complaint was filed on June 21, 2019. (Dkt. 1.)

3. A Summons directed to Unified Document Services, LLC ("Defendant" or "UDS") was issued on June 21, 2019. (Dkt. 14.)

4. A copy of the Summons, Complaint, and other initiating documents were served on UDS on September 26, 2019 (dkt. 44), placing UDS's deadline to Answer or otherwise respond on October 17, 2019.

5. To date, UDS has not filed an answer, entered an appearance, or contacted Plaintiff's counsel.

6. On December 16, 2019, Plaintiff filed his request for entry of default against UDS. (Dkt. 55.)

7. On December 17, 2019, the Clerk entered default against UDS. (Dkt. 58.)

8. Default was entered with respect to the claims asserted against UDS in the Complaint. (Dkt. 1.)

9. UDS is not an infant or an incompetent person.

10. The Servicemembers Civil Relief Act (50 U.S.C. App. § 521) is not implicated in this case.

11. Plaintiff served UDS with notice of the request for default. (Dkt. 55-3.)

12. Plaintiff will also serve notice, via U.S. Mail, of this motion for default judgment on UDS at the address stated below.

Addressee:   Unified Document Services, LLC
1560 Brookhollow Dr., Suite 220
Santa Ana, California 92705

Further affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed in the State of Colorado, on January 13, 2020.

Respectfully,

*/s/ Taylor T. Smith*

Taylor T. Smith

---

Declaration of Taylor T. Smith in Support of Motion for Default Judgment Against Unified Document Services, LLC

- 3 -