# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR DEFAULT JUDGMENT AGAINST UNIFIED DOCUMENT SERVICES, LLC**<br><br>Hon. John F. Walter<br><br>Complaint Filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

| | |
|---|---|
| 1 | Having considered the moving papers and all other matters presented to the |
| 2 | Court, the Court finds that Plaintiff's Motion for Default Judgment Against Unified |
| 3 | Document Services, LLC should be granted, and hereby orders as follows: |
| 4 | 1. The Motion is GRANTED. |
| 5 | 2. Default Judgment is hereby entered against Unified Document |
| 6 | Services, LLC. |
| 7 | 3. Plaintiff is awarded damages in the sum of $1,000. |
| 8 | 4. Pursuant to L.R. 55-3, Plaintiff is awarded attorneys' fees in the sum of |
| 9 | $300. |

**IT IS SO ORDERED.**

Dated: _____    _____
Hon. John F. Walter
United States District Judge