1  Richard J. Grabowski (State Bar No. 125666)
   Ryan D. Ball (State Bar No. 321772)
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, California  92612
   Tel:  949.851.3939
4  Fax: 949.553.7539
   Email: rgrabowski@jonesday.com
5  Email: rball@jonesday.com
   Email: jackwilliams@jonesday.com
6
   Attorneys for Defendant
7  EXPERIAN INFORMATION
   SOLUTIONS, INC.
8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| BRYCE ABBINK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.<br><br>Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>Hon. John F. Walter<br><br>**NOTICE OF LODGING OF [PROPOSED] STATEMENT OF DECISION**<br><br>Date:       February 3, 2020<br>Time:      1:30 p.m.<br>Location: 7A<br><br>Complaint filed:  June 21, 2019 |
|---|---|

NOTICE OF LODGING
Case No. 8:19-cv-01257-JFW-PJWx

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant Experian Information Solutions, Inc., hereby lodges the attached [Proposed] Statement of Decision Denying Plaintiff Bryce Abbink's Motion for Reconsideration of the Court's Order granting Experian's Motion to Dismiss.

Dated: January 21, 2020

By: */s/ Ryan Ball*
Richard J. Grabowski
Ryan Ball

JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612.4408

*Attorney for Defendant*
*Experian Information Solutions, Inc*