Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST LEND TECH LOANS, INC.**<br><br>Date: February 10, 2020<br>Time: 1:30 p.m.<br>Judge: Hon. John F. Walter<br>Courtroom: 7A<br>Complaint filed: June 21, 2019<br>Pretrial Conf.: June 12, 2020<br>Trial Date: June 23, 2020 |

1    **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2         **PLEASE TAKE NOTICE** that in accordance with Section 5(f) of the Court's

3    Standing Order in this action (dkt. 16), Plaintiff Bryce Abbink hereby lodges his

4    [Proposed] Statement of Decision Granting Plaintiff's Motion for Default Judgment

5    Against Lend Tech Loans, Inc. (Dkt. 63.)

6         The [Proposed] Statement of Decision is attached hereto as Exhibit A.

7

8                                        Respectfully submitted,

9
                                         **Bryce Abbink**, individually and on behalf of
10                                       all others similarly situated,

11

12   Dated: January 29, 2020       By:    _/s/ Taylor T. Smith_

13                                       Aaron D. Aftergood (239853)
                                          aaron@aftergoodesq.com
14                                       **THE AFTERGOOD LAW FIRM**
                                         1880 Century Park East, Suite 200
15                                       Los Angeles, CA 90067
                                         Telephone: (310) 550-5221
16                                       Facsimile: (310) 496-2840

17                                       Taylor T. Smith*
                                          tsmith@woodrowpeluso.com
18                                       **WOODROW & PELUSO, LLC**
                                         3900 East Mexico Avenue, Suite 300
19                                       Denver, Colorado 80210
                                         Telephone: (720) 907-7628
20                                       Facsimile: (303) 927-0809

21                                       *Pro Hac Vice*

22                                       Attorney for Plaintiff Bryce Abbink
                                         and the Classes

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 29, 2020.

*/s/ Taylor T. Smith*

NOTICE OF LODGING PROPOSED
STATEMENT OF DECISION RE: LEND
TECH DEFAULT JUDGMENT

- 3 -