Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> **Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, <br><br> Defendants. | Case No.  8:19-cv-01257-JFW-PJWx <br><br> **NOTICE OF LODGING [PROPOSED] STATEMENT OF DECISION GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST UNIFIED DOCUMENT SERVICES, LLC** <br><br> Date: February 10, 2020 <br> Time: 1:30 p.m. <br> Judge: Hon. John F. Walter <br> Courtroom: 7A <br> Complaint filed: June 21, 2019 <br> Pretrial Conf.: June 12, 2020 <br> Trial Date: June 23, 2020 |

NOTICE OF LODGING PROPOSED
STATEMENT OF DECISION
RE: UDS DEFAULT JUDGMENT

- 1 -

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2      **PLEASE TAKE NOTICE** that in accordance with Section 5(f) of the Court's

3  Standing Order in this action (dkt. 16), Plaintiff Bryce Abbink hereby lodges his

4  [Proposed] Statement of Decision Granting Plaintiff's Motion for Default Judgment

5  Against Unified Document Services, LLC. (Dkt. 64.)

6      The [Proposed] Statement of Decision is attached hereto as Exhibit A.

8                                            Respectfully submitted,

9 / 10                                            **Bryce Abbink**, individually and on behalf of all others similarly situated,

12  Dated: January 29, 2020        By:    */s/ Taylor T. Smith*

13                                         Aaron D. Aftergood (239853)
                                         aaron@aftergoodesq.com
14                                           **THE AFTERGOOD LAW FIRM**
                                         1880 Century Park East, Suite 200
15                                           Los Angeles, CA 90067
                                         Telephone: (310) 550-5221
16                                           Facsimile: (310) 496-2840

17                                           Taylor T. Smith*
                                         tsmith@woodrowpeluso.com
18                                           **WOODROW & PELUSO, LLC**
                                         3900 East Mexico Avenue, Suite 300
19                                           Denver, Colorado 80210
                                         Telephone: (720) 907-7628
20                                           Facsimile: (303) 927-0809

21                                           *Pro Hac Vice*

22                                           Attorney for Plaintiff Bryce Abbink and the Classes

28  NOTICE OF LODGING PROPOSED    - 2 -
    STATEMENT OF DECISION
    RE: UDS DEFAULT JUDGMENT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on January 29, 2020.

*/s/ Taylor T. Smith*

NOTICE OF LODGING PROPOSED STATEMENT OF DECISION RE: UDS DEFAULT JUDGMENT

- 3 -