# EXHIBIT A

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>                              Defendants. | Case No.  8:19-cv-01257-JFW-PJWx<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Judge: Hon. John F. Walter<br>Complaint filed: June 21, 2019 |

On December 5, 2019, this Court granted Defendant Experian Information Solutions, Inc.'s ("Experian") Motion to Dismiss. (Dkt. 52.) On January 29, 2020, this Court granted Plaintiff Bryce Abbink's ("Plaintiff") Motion for Default Judgment Against Lend Tech Loans, Inc. ("Lend Tech") and Plaintiff's Motion for Default Judgment Against Unified Document Services, LLC ("UDS").

Accordingly, the Court hereby **ORDERS** as follows:

1. The Court enters **JUDGMENT** against Plaintiff and in favor of Experian with respect to Counts I & II of the Complaint. Pursuant to the Court's December 5, 2019 Order, the Complaint is dismissed with prejudice with respect to the claims asserted against Experian.

2. The Court enters **JUDGMENT** in favor of Plaintiff and against Lend Tech with respect to Count III of the Complaint. Pursuant to the Court's January 29, 2020 Order (dkt. 71), Lend Tech is **ORDERED** to pay $2,000 in damages to Plaintiff and $400 in attorneys' fees to Plaintiff's counsel.

3. The Court enters **JUDGMENT** in favor of Plaintiff and against UDS with respect to Count IV of the Complaint.[1] Pursuant to the Court's January 29, 2020 Order (dkt. 71), UDS is **ORDERED** to pay $1,000 in damages to Plaintiff and $300 in attorneys' fees to Plaintiff's counsel.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                  Hon. John F. Walter
                                                  United States District Judge

---

[1] Plaintiff abandoned Count V of his Complaint. (*See* Dkt. 64 at 7.)