Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**Experian Information Solutions, Inc.**, an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company,<br><br>Defendants. | Case No. 8:19-cv-01257-JFW-PJWx<br><br>**NOTICE OF APPEAL**<br><br>Hon. John F. Walter<br><br>Complaint Filed: June 21, 2019 |

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Bryce Abbink appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's entry of Final Judgment dated February 6, 2020 (dkt. 73), the District Court's Order Granting Defendant Experian Information Solutions Inc.'s Motion to Dismiss (dkt. 52), and the District Court's subsequent Order Denying Motion to Reconsider Order Granting Defendant Experian Information Solutions, Inc.'s Motion to Dismiss (dkt. 68). Copies of the Final Judgment and both Orders are attached hereto as Exhibit A, Exhibit B, and Exhibit C, respectively.

\*     \*     \*     \*     \*

Respectfully submitted,

**Bryce Abbink**, individually and on behalf of all others similarly situated,

Dated: March 6, 2020    By:    */s/ Taylor T. Smith*

Aaron D. Aftergood (239853)
aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith\*
tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

*Pro Hac Vice

Attorney for Plaintiff Bryce Abbink and the Classes

# REPRESENTATION STATEMENT

Plaintiff-Appellant, Bryce Abbink, individually and on behalf of all others similarly situated, hereby submits the following Representation Statement:

| PARTIES | COUNSEL OF RECORD |
|---|---|
| Plaintiff-Appellant Bryce Abbink, individually and on behalf of all others similarly situated | Aaron D. Aftergood (239853)<br>Email: aaron@aftergoodesq.com<br>THE AFTERGOOD LAW FIRM<br>1880 Century Park East, Suite 200<br>Los Angeles, CA 90067<br>Telephone: (310) 550-5221<br>Facsimile: (310) 496-2840<br><br>Taylor T. Smith*<br>Email: tsmith@woodrowpeluso.com<br>WOODROW & PELUSO, LLC<br>3900 East Mexico Avenue, Suite 300<br>Denver, Colorado 80210<br>Telephone: (720) 907-7628<br>Facsimile: (303) 927-0809<br><br>*Pro Hac Vice |
| Defendant-Appellee Experian Information Solutions, Inc., an Ohio corporation | Richard J. Grabowski<br>Email: rgrabowski@jonesday.com<br>Ryan D. Ball<br>Email: rball@jonesday.com<br>Jack Williams IV<br>Email: jackwilliams@jonesday.com<br>Justin A. Potesta<br>Email: jpotesta@jonesday.com<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, CA 92612<br>Telephone: 949.851.3939<br>Facsimile: 949.553.7539 |

**CERTIFICATE OF SERVICE**

I am a resident of the State of Colorado, over the age of eighteen years old, and am not a party to this lawsuit. My business address is 3900 E. Mexico Avenue, Suite 300, Denver, Colorado 80210. I HEREBY CERTIFY that on the 6th day of March 2020, I filed the foregoing **NOTICE OF APPEAL** electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Richard J. Grabowski
rgrabowski@jonesday.com
Ryan D. Ball
rball@jonesday.com
Jack Williams IV
jackwilliams@jonesday.com
Justin A. Potesta
jpotesta@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA 92612
Telephone: 949.851.3939
Facsimile: 949.553.7539

Attorneys for Defendant Experian Information Solutions, Inc.

I declare that the foregoing is true and correct.

*/s/ Taylor T. Smith*