Aaron D. Aftergood (239853)
    aaron@aftergoodesq.com
**THE AFTERGOOD LAW FIRM**
1880 Century Park East, Suite 200
Los Angeles, CA 90067
Telephone: (310) 550-5221
Facsimile: (310) 496-2840

Taylor T. Smith (*admitted pro hac vice*)
    tsmith@woodrowpeluso.com
**WOODROW & PELUSO, LLC**
3900 East Mexico Avenue, Suite 300
Denver, Colorado 80210
Telephone: (720) 907-7628
Facsimile: (303) 927-0809

Attorneys for Plaintiff Bryce Abbink
and the Classes

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| **Bryce Abbink,** individually and on behalf of all others similarly situated, | Case No.  8:19-cv-01257-JFW-PJWx |
| Plaintiff, | **F.R.A.P. 10 CERTIFICATION** |
| v. | Hon. John F. Walter |
| **Experian Information Solutions, Inc.,** an Ohio corporation, **Lend Tech Loans, Inc.**, a California corporation, and **Unified Document Services, LLC**, a California Limited Liability Company, | Complaint Filed: June 21, 2019 |
| Defendants. | |

1    Plaintiff Bryce Abbink ("Plaintiff") hereby certifies that, pursuant to Federal

2  Rule of Appellate Procedure 10(b)(1)(B), transcripts need not be ordered because no

3  evidence was taken before the District Court and no hearings of any kind have been

4  conducted by the District Court in this matter.

5

6                    *              *              *              *              *

7

8                                        Respectfully submitted,

9                                        **Bryce Abbink**, individually and on behalf of

10                                       all others similarly situated,

11

12  Dated: March 19, 2020           By:    _/s/ Taylor T. Smith_

13                                       Aaron D. Aftergood (239853)

14                                         aaron@aftergoodesq.com
                                         **THE AFTERGOOD LAW FIRM**

15                                       1880 Century Park East, Suite 200
                                         Los Angeles, CA 90067

16                                       Telephone: (310) 550-5221
                                         Facsimile: (310) 496-2840

17                                       Taylor T. Smith*

18                                         tsmith@woodrowpeluso.com
                                         **WOODROW & PELUSO, LLC**

19                                       3900 East Mexico Avenue, Suite 300
                                         Denver, Colorado 80210

20                                       Telephone: (720) 907-7628
                                         Facsimile: (303) 927-0809

21                                       *Pro Hac Vice*

22                                       Attorney for Plaintiff Bryce Abbink
                                         and the Classes

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above titled document was served upon counsel of record by filing such papers via the Court's ECF system on March 19, 2020.

*/s/ Taylor T. Smith*